IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:19-CR-83-S |
| RUEL M. HAMLTON | |

## ORDER

Before the Court is the Government's Motion to Seal Indictment in the above-captioned criminal case. The Court **GRANTS** the motion.

IT IS THEREFORE ORDERED that the indictment be **sealed** until such time as defendant Ruel M. Hamilton has been apprehended and have made an initial appearance in federal court, or until further order of the Court.

IT IS FURTHER ORDERED that the case against the defendants be **unsealed** upon defendant **Ruel M. Henderson** apprehension and initial appearance in federal court.

IT IS FURTHER ORDERED that this order and the accompanying motion be **sealed**.

**SIGNED** on this 21st day of February, 2019.

United States Magistrate Judge

Order