**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M(01) |
| | § | |
| RUEL M HAMILTON (01), | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO ADOPT A MODIFIED TRIAL SCHEDULE

Counsel for Mr. Hamilton and the government respectfully request that the Court adopt the attached modified trial schedule.

Dated: June 27, 2019

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 488888GA
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

1

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 26, 2019, I conferred with Marcus Busch, counsel for the government, and he has agreed to this motion.

/S/Abbe David Lowell
Abbe David Lowell

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, a copy of the foregoing was filed with this Court's electronic case filing system, thereby effecting service on counsel for all parties.

/S/Abbe David Lowell
Abbe David Lowell