# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § | **ORIGINAL** |
| Plaintiff(s), | | |
| v. | | Civil Action No. **3:19-CR-00083-M** |
| RUEL M. HAMILTON | | |
| Defendant(s). | | |

## RETURN OF SERVICE

Came to my hand on **Tuesday, August 6, 2019 at 10:30 AM**,
Executed at: **1500 MARILLA ST. ROOM 5FN, DALLAS, TX 75201**
within the county of **DALLAS** at **11:20 AM**, on **Tuesday, August 6, 2019**,
by individually and personally delivering to the within named:

### DALLAS CITY COUNCIL

By delivering to, **ADAM MEDRANO**
By delivering to **Authorized Person, PATRICIA DE LA GARZA**
a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Tracy Edwards** who after being duly sworn on oath states: "My name is **Tracy Edwards**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
Tracy Edwards PSC1872 - Exp 03/31/20
served@specialdelivery.com

Subscribed and Sworn to by Tracy Edwards, Before Me, the undersigned authority, on this 6TH day of August, 2019.



_____
Notary Public in and for the State of Texas

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ruel M. Hamilton<br>*Defendant* | )<br>)<br>) Case No. 3:19-CR-00083-M<br>)<br>) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: **Dallas City Council**
c/o Adam Medrano, Dallas City Hall 1500 Marilla St. Room 5FN Dallas, Texas 75201

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Any documents that describe or reflect the Council's policies with respect to supporting Texas Department of Housing and Community Affairs' provision of tax-exempt bonds and/or tax credits for real estate projects in Dallas from November 2013 through August 2018, including without limitation (a) votes in favor of or against having the Texas Department of Housing and Community Affairs provide tax-exempt bonds and/or tax credits for real estate projects, and (b) any documents in the possession of the Dallas City Council reflecting a vote for or against a measure concerning AmeriSouth, or a decision not to advance a measure concerning AmeriSouth, by the Dallas City Council from May 2007 through February 2019.

| Place: Winston & Strawn, LLP 2121 N. Pearl Street Suite 900 Dallas, Texas 75201 | Date and Time: August 16, 2019 |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/2/2019

/s/Dion J. Robbins
*Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Ruel Hamilton__, who requests this subpoena, are:

Abbe Lowell 1700 K St NW, Washington, DC 20006, ADLowell@winston.com (202) 282-5875
Dion Robbins 2121 N. Pearl Street #900 Dallas, Texas 75201, DRobbins@winston.com (202) 453-6453

### Notice to those who use this form to request a subpoena
Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern

practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

Case No.   3:19-CR-00083-S

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows:

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                      _____
                                          *Server's signature*

                                      _____
                                          *Printed name and title*

                                      _____
                                          *Server's address*

** SEE ATTACHED **
*** AFFIDAVIT ***

Additional information regarding attempted service, etc.:

**Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)**

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).