# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:19-cr-083-M-1 |
| | ) Judge Barbara M. Lynn |
| RUEL M. HAMILTON | ) |

## DECLARATION OF DIANE RAGSDALE

Pursuant to 28 U.S.C. § 1746, I make the following declaration:

1. My name is Diane Ragsdale. I was previously on the Dallas City Council and was Deputy Mayor Pro Tem of Dallas. I am currently the Managing Director of the South Dallas/Fair Park Innercity Community Development Corporation.

2. I knew former councilwoman Carolyn Davis for more than 30 years. In the several months before her death, Ms. Davis regularly came over to my house around two times per week.

3. In the two months before her death, Carolyn Davis told me on multiple occasions, and with increasing frequency over time, that she intended to reverse her plea, and to plead Not Guilty to the charges of bribery involving Ruel Hamilton.

4. On multiple occasions Carolyn Davis told me point blank that Ruel Hamilton did not do anything wrong, that he did not pay her any bribes, and that Ruel Hamilton was simply donating money to various civil rights, educational, and charitable causes, as he is known to do. Ms. Davis told me repeatedly that Ruel Hamilton is a good guy who did not intend to do anything wrong, and who did not do anything wrong.

5. At one point, I specifically confronted Ms. Davis with the fact that she had pleaded guilty to taking bribes from Ruel Hamilton, and therefore the FBI and the government would expect her to testify against Mr. Hamilton as part of her plea agreement. In response, Ms. Davis said that if called to testify she would only say good things about Ruel Hamilton, just as she had only said good things about Mr. Hamilton when she talked to the FBI. Ms. Davis explained to me that she told the FBI that Mr. Hamilton did not do anything wrong and did not pay her bribes, and that he is a good man who donated to and supported good causes. Ms. Davis told me very clearly that she had told the FBI that Mr. Hamilton did not do anything wrong, and she wasn't going to testify that Mr. Hamilton did anything wrong.

6. Ms. Davis told me that the reason she had pleaded guilty was because she was pressured and intimidated by the FBI and the government attorneys. I firmly and directly confronted her once again when she told me she was going to reverse her plea. I asked her why she signed the plea document if it was not true. Carolyn told me very clearly the reason she

1

signed the document, even though she knew it was not true, is that she was threatened by the prosecutors with a long prison sentence if she did not plead guilty, that she did not have any money to defend herself, and that she was completely focused on her daughter who was disabled. Ms. Davis told me that she felt she had no choice at the time she signed the plea agreement because her family would not have the resources to take care of her special needs daughter if she went to prison.

7. I am making this declaration of my own free will, and I have not been offered or promised anything for my sworn statement. I make this declaration only so that the truth be known.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of August 2019.

_____
[signature]

Diane Ragsdale
[print full name]