# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 3:19-cr-083-M-1 |
| ) | Judge Barbara M. Lynn |
| RUEL M. HAMILTON ) | |

## DECLARATION OF ALBERT WASH

Pursuant to 28 U.S.C. § 1746, I make the following declaration:

1. I have known Carolyn Davis for twenty to twenty-five years, and we grew to be good friends. Before she died, Carolyn worked for me part-time.

2. After Carolyn pled guilty, she spent a considerable amount of time with my wife Tersesa and me at our home, joining us for dinner or just to socialize. Carolyn was under a lot of pressure with the legal proceedings against her, and I believe that she wanted to get out of the house and be among friends. My wife can corroborate my declaration.

3. During these visits, Carolyn told my wife and I that she pled guilty because the government officials had scared her into believing that she could not win her case, even though Carolyn made clear to us that she and Mr. Hamilton had not done anything wrong.

4. Shortly before she died, Carolyn told me that she was cleaning out her office and she found the checks that were used to fund the freedom rides for the Dallas children. Carolyn also found and showed my wife and I a video of Carolyn talking to the children as the trip was about to start, where she introduced the children to Mr. Hamilton as one of the main funders for the trip. These discoveries gave Carolyn hope that she could win the case against her, so she gave the materials to her lawyer and told my wife and I that she would change her plea to not guilty.

5. Carolyn told my wife and I that if she was called to testify that she would say that she and Mr. Hamilton had not done anything wrong. She would testify that Mr. Hamilton had not paid her bribes, he had just helped fund the freedom rides for those kids.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of September 2019.

*/s/ Albert Wash*
Albert Wash