**Wirmani, Andrew (USATXN)**

| | |
|---|---|
| **From:** | Busch, Marcus (USATXN) |
| **Sent:** | Wednesday, December 18, 2019 10:38 AM |
| **To:** | Claire Seitzman; Lowell, Abbe David |
| **Cc:** | Meacham, Chad (USATXN); Robbins, Dion J.; Man, Christopher; Pierce, Kaitlin A.; Wirmani, Andrew (USATXN); Magliolo, Joseph (USATXN) 1 |
| **Subject:** | RE: Schedule |

Claire,

Per the Court's order, I am supplementing the previously provided government's witness list with the following names:

Heath Harris
Scottie Allen
Marion Speer
Tiffanni Young
Carolyn King Arnold
Sherman Roberts
John Proctor
Devin Hall
Christy Wiggins
Kristie Bonner
Jennifer Muegel
Karen Dejesus
Carrie Haralson
Audrey Kelly
Leslie Martin
Debbie Smith
Eldon Reneman
Jamaal King

Thanks,
Marcus

Marcus Busch
Section Chief
Fraud and Public Corruption
U.S. Attorney's Office
Northern District of Texas
1100 Commerce St., Suite 300
Dallas, TX 75242
Phone: (214) 659-8642
Marcus.busch@usdoj.gov

---

**From:** Claire Seitzman <Claire_Seitzman@txnd.uscourts.gov>
**Sent:** Monday, December 9, 2019 3:57 PM

**To:** Lowell, Abbe David <ADLowell@winston.com>
**Cc:** Meacham, Chad (USATXN) <CMeacham@usa.doj.gov>; Robbins, Dion J. <DRobbins@winston.com>; Man, Christopher <CMan@winston.com>; Pierce, Kaitlin A. <KPierce@winston.com>; Busch, Marcus (USATXN) <MBusch@usa.doj.gov>; Wirmani, Andrew (USATXN) <awirmani@usa.doj.gov>; Magliolo, Joseph (USATXN) 1 <JMagliolo1@usa.doj.gov>
**Subject:** RE: Schedule

Counsel,

For the reasons in Defendant's Motion to Continue (ECF No. 143), the Court plans to enter an order continuing the case and resetting the pretrial deadlines (the *James* hearing and pretrial conference set for December 23 will be vacated).

By **December 11, 2019, at noon**, please confer and let me know which of the following trial dates the parties prefer:

March 2, 2020
July 20, 2020
August 3, 2020

Thank you,
Claire

Claire Seitzman
Law Clerk to the Honorable Chief Judge Barbara M. G. Lynn
United States District Court for the Northern District of Texas
Claire_Seitzman@txnd.uscourts.gov
(214) 753-2418

---

**From:** Lowell, Abbe David <ADLowell@winston.com>
**Sent:** Friday, December 6, 2019 11:49 AM
**To:** Claire Seitzman <Claire_Seitzman@txnd.uscourts.gov>
**Cc:** Meacham, Chad (USATXN) <Chad.Meacham@usdoj.gov>; Robbins, Dion J. <DRobbins@winston.com>; Man, Christopher <CMan@winston.com>; Pierce, Kaitlin A. <KPierce@winston.com>; Busch, Marcus (USATXN) <Marcus.Busch@usdoj.gov>; Wirmani, Andrew (USATXN) <Andrew.Wirmani@usdoj.gov>; Magliolo, Joseph (USATXN) 1 <Joseph.Magliolo@usdoj.gov>; Leo Park <Leo_Park@txnd.uscourts.gov>
**Subject:** Schedule

Claire,

We are preparing a motion as we indicated.  Hearing Mr. Busch's statement that the government's case would not be longer with the new charges, I still think we would then be able to complete a case in two trial weeks.  Perhaps that can inform where it might fit in the Court's current schedule.  Thank you,

Abbe


**Abbe David Lowell**
**Partner**
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-3305
F: +1 212-294-4700
VCard | Email | winston.com

**WINSTON & STRAWN LLP**

**From:** Claire Seitzman <Claire_Seitzman@txnd.uscourts.gov>
**Sent:** Wednesday, December 4, 2019 10:38 PM
**To:** Lowell, Abbe David <ADLowell@winston.com>
**Cc:** Meacham, Chad (USATXN) <Chad.Meacham@usdoj.gov>; Robbins, Dion J. <DRobbins@winston.com>; Man, Christopher <CMan@winston.com>; Pierce, Kaitlin A. <KPierce@winston.com>; Busch, Marcus (USATXN) <Marcus.Busch@usdoj.gov>; Wirmani, Andrew (USATXN) <Andrew.Wirmani@usdoj.gov>; Magliolo, Joseph (USATXN) 1 <Joseph.Magliolo@usdoj.gov>; Leo Park <Leo_Park@txnd.uscourts.gov>
**Subject:** Re: Telephone Conference Tomorrow

Counsel,

Thank you for the dial in number. Does 8:30am CT on Friday, January 6th work for both sides?

Thanks,

Claire

---

**From:** Lowell, Abbe David <ADLowell@winston.com>
**Sent:** Wednesday, December 4, 2019 8:59 PM
**To:** Claire Seitzman
**Cc:** Meacham, Chad (USATXN); Robbins, Dion J.; Man, Christopher; Pierce, Kaitlin A.; Busch, Marcus (USATXN); Wirmani, Andrew (USATXN); Magliolo, Joseph (USATXN) 1; Leo Park
**Subject:** Re: Telephone Conference Tomorrow

Claire,

I wrote just now about the time difference problem here.  When we can arrange this, we can use my conference line: 1-866-384-6555

Code- 12022825875#

3

Abbe David Lowell

Partner

Winston & Strawn LLP

1700 K Street, N.W.<x-apple-data-detectors://0/1>

Washington, DC 20006-3817<x-apple-data-detectors://0/1>

D: +1 202-282-5875<tel:+1%20202-282-5875>

F: +1 202-282-5100<tel:+1%20202-282-5100>

200 Park Avenue<x-apple-data-detectors://1/0>

New York, NY 10166-4193<x-apple-data-detectors://1/0>

D: +1 212-294-3305<tel:+1%20212-294-3305>

F: +1 212-294-4700<tel:+1%20212-294-4700>

VCard<http://content.winston.com/sitefiles/wsvcards/19389.vcf> | Email<mailto:adlowell@winston.com> | winston.com<http://www.winston.com/>

[Winston & Strawn LLP]

[Winston & Strawn LLP]

On Dec 4, 2019, at 10:37 PM, Claire Seitzman <Claire_Seitzman@txnd.uscourts.gov> wrote:

The Court can have the call at 10:45am central tomorrow. Please email me and my co-clerk Leo with the dial in number by 9:00am tomorrow.

Thanks,
Claire

_____

From: Lowell, Abbe David <ADLowell@winston.com>
Sent: Wednesday, December 4, 2019 5:51 PM
To: Claire Seitzman; Meacham, Chad (USATXN); Robbins, Dion J.; Man, Christopher; Pierce, Kaitlin A.; Busch, Marcus (USATXN); Wirmani, Andrew (USATXN); Magliolo, Joseph (USATXN) 1
Subject: RE: Telephone Conference Tomorrow

Or, how late in the day Central time might the Court be available?


Abbe David Lowell

Partner

Winston & Strawn LLP

1700 K Street, N.W.

Washington, DC 20006-3817

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue

New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard<http://content.winston.com/sitefiles/wsvcards/19389.vcf> | Email<mailto:adlowell@winston.com> | winston.com<http://www.winston.com>
<image001.jpg>


From: Claire Seitzman <Claire_Seitzman@txnd.uscourts.gov>
Sent: Wednesday, December 4, 2019 6:40 PM
To: Lowell, Abbe David <ADLowell@winston.com>; Meacham, Chad (USATXN) <Chad.Meacham@usdoj.gov>; Robbins, Dion J. <DRobbins@winston.com>; Man, Christopher <CMan@winston.com>; Pierce, Kaitlin A. <KPierce@winston.com>; Busch, Marcus (USATXN) <Marcus.Busch@usdoj.gov>; Wirmani, Andrew (USATXN) <Andrew.Wirmani@usdoj.gov>; Magliolo, Joseph (USATXN) 1 <Joseph.Magliolo@usdoj.gov>
Subject: Re: Telephone Conference Tomorrow

Mr. Lowell,

Does 1:30pm central tomorrow work?

Thanks,
Claire

_____

From: Lowell, Abbe David <ADLowell@winston.com<mailto:ADLowell@winston.com>>
Sent: Wednesday, December 4, 2019 5:08 PM
To: Claire Seitzman; Meacham, Chad (USATXN); Robbins, Dion J.; Man, Christopher; Pierce, Kaitlin A.; Busch, Marcus (USATXN); Wirmani, Andrew (USATXN); Magliolo, Joseph (USATXN) 1
Subject: RE: Telephone Conference Tomorrow

Claire,

I am heading to San Juan for a hearing and meeting with the U.S. Attorney in the morning and at 12:30.  San Juan is now

2 hours later than Dallas and I will likely be on a plane heading back.  Is there a chance to do the call earlier, perhaps 1 PM Central where I can duck out or Friday morning when I am in NYC?

Abbe



Abbe David Lowell

Partner

Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5875

F: +1 202-282-5100


200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard<http://content.winston.com/sitefiles/wsvcards/19389.vcf> | Email<mailto:adlowell@winston.com> | winston.com<http://www.winston.com>
<image001.jpg>



From: Claire Seitzman <Claire_Seitzman@txnd.uscourts.gov<mailto:Claire_Seitzman@txnd.uscourts.gov>>
Sent: Wednesday, December 4, 2019 6:00 PM
To: Lowell, Abbe David <ADLowell@winston.com<mailto:ADLowell@winston.com>>; Meacham, Chad (USATXN) <Chad.Meacham@usdoj.gov<mailto:Chad.Meacham@usdoj.gov>>; Robbins, Dion J.

<DRobbins@winston.com<mailto:DRobbins@winston.com>>; Man, Christopher <CMan@winston.com<mailto:CMan@winston.com>>; Pierce, Kaitlin A. <KPierce@winston.com<mailto:KPierce@winston.com>>; Busch, Marcus (USATXN) <Marcus.Busch@usdoj.gov<mailto:Marcus.Busch@usdoj.gov>>; Wirmani, Andrew (USATXN) <Andrew.Wirmani@usdoj.gov<mailto:Andrew.Wirmani@usdoj.gov>>; Magliolo, Joseph (USATXN) 1 <Joseph.Magliolo@usdoj.gov<mailto:Joseph.Magliolo@usdoj.gov>>

Subject: Telephone Conference Tomorrow

Counsel,

The Court is setting a telephone conference fortomorrow, December 5, 2019, at 3:30 p.m.  Bynoon tomorrow, counsel should confer and email me a dial-in conference number.

Thank you,
Claire

Claire Seitzman
Law Clerk to the Honorable Chief Judge Barbara M. G. Lynn
United States District Court for the Northern District of Texas
Claire_Seitzman@txnd.uscourts.gov<mailto:Claire_Seitzman@txnd.uscourts.gov>
(214) 753-2418

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.