**FILE NUMBER:** 194B-DL-110802

**CALL IDENTIFICATION NUMBER:** Voicemail 272

**DATE OF RECORDING:** 1/8/2020

**TIME OF RECORDING:** 11:12 a.m.

**TYPE OF RECORDING:** Telephone Call

**OFFICE:** DL

**IDENTIFIERS:**

Ruel Hamilton is referred to as RH

```
 1                  RH:   Hi, Leslie, it's Ruel.  Call me
 2     when you get a chance.  I know you know my cell,
 3     469.441.3934 or you can call the office.
 4                  I think you know about my legal problem
 5     that I have.  It's been all over the paper.  Everything
 6     is going fine.  I'm going to end up being cleared, but
 7     nonetheless they keep turning over more and more rocks.
 8     And one of the things they're focusing on now is the
 9     payroll tax issue from 2010.
10                  So give me a call.  I've been offering to
11     engage and pay for attorneys to represent all the
12     corporate employees and since this issue is one that
13     may come up, you may be contacted, I'd like to make the
14     same offer to you.
15                  Thanks.  Look forward to talking to you.
16                  (End of recording.)
17
18
19
20
21
22
23
24
25
```

```
 1  STATE OF TEXAS           )
 2  COUNTY OF DALLAS         )
 3          THIS IS TO CERTIFY THAT I, MELISSA J. CARSON,
 4  a Certified Shorthand Reporter in and for the State of
 5  Texas, reported in shorthand the recorded proceedings
 6  had at the time and place set forth in the caption
 7  hereof, and that the above and foregoing 3 pages
 8  contain a full, true, and correct transcript to the
 9  best of my ability of the said recorded proceedings.
10          Certified to on this the _____ day
11  of_____, 2019.
12
13
14                          _____
                            MELISSA J. CARSON, Certified
15                          Shorthand Reporter in and for
                            The State of Texas
16
17
18  Certification No. 1737
19  CRCB Firm Registration #489
20  Expires December 31, 2019
21  CARSON REPORTING & ASSOCIATES
22  Post Office Box 551628
23  Dallas, Texas 75355-1628
24  Telephone 214.346.3434
25
```