**FILE NUMBER:**  194B-DL-110802

**CALL IDENTIFICATION NUMBER:**  Redacted .002


**DATE OF RECORDING:**  1/22/2020

**TIME OF RECORDING:**  3:56 p.m.


**TYPE OF RECORDING:**  Telephone Call


**OFFICE:**  DL


**IDENTIFIERS:**

Special Agent Fleshman is referred to as SAF

Leslie Martin is referred to as LM

Ruel Hamilton is referred to as RH

1            SAF:   All right.  This is Special Agent

2    Fleshman, I'm heal -- here with Special Agent Vanhorn.

3    Today's date is January the 22nd, 2020.  The time is

4    approximately 3:56 p.m.

5            We're going to attempt a consensually

6    recorded telephone call between Leslie Martin and Ruel

7    Hamilton at telephone number 469.441.3934.

8            (Telephone ringing.)

9            RH:   Hi, Leslie.

10           LM:   Hey, Ruel.  This stuff has --

11           RH:   What's going --

12           LM:   -- really been stressing me out.

13           RH:   Okay.

14           LM:   I don't understand why -- how come

15   it's not being handled the same as it was previously

16   when we had the tax issues?  Any reason why?  I mean,

17   I didn't need an attorney at that point --

18           RH:   Well, I -- Leslie, the federal

19   government wasn't trying to find any reason they could

20   to bury me back then.  This -- this guy -- I mean, I --

21   I'm -- I'm under Indictment.  The guy's convinced I'm a

22   bad guy and so he's digging up anything he can, trying

23   -- trying to turn over any stone he can to -- to come

24   after me.  The reality is it is no different, Leslie.

25   It is no different.  So --

```
 1              LM:    Okay.
 2              RH:    -- the only reason I -- I -- I
 3   mean, it's -- it's the same thing, you know.  They
 4   could -- they could pursue the hundred percent penalty
 5   except there's not one.  The guy's just -- you know, I
 6   -- I -- I don't know why the man's so fascinated with
 7   trying to get me.
 8              (Redacted portion.)
 9              RH:    So it's the only reason that I even
10   reached out to you is because they raised that issue
11   with my attorney.
12              LM:    The payroll tax?
13              RH:    The payroll tax.  They just
14   suggested that was another way.  They haven't -- they
15   haven't alleged any charges.  You know, they haven't
16   filed anything and they can't without going through the
17   U.S. Attorney's Office in Washington, you know.  And
18   now I've got an attorney that, you know, is a part of
19   the same firm that that's what he specializes in and so
20   he's going to handle it if -- if they try to do
21   anything else for it.  But I'm sorry if it stressed you
22   out.  You know --
23              LM:    I've just got a lot going on and,
24   you know, that's just one more thing --
25              RH:    You know --
```

```
 1                    LM:    -- to add to it and --
 2                    RH:    -- just a -- one -- one more thing,
 3      but you know --
 4                    LM:    And -- yeah, you know, just the
 5      fact that I didn't do anything wrong here and --
 6                    RH:    You didn't do anything wrong.  Let
 7      -- let me -- let me just -- let me just throw out there
 8      why I -- I reached out to you.  It's because, you know,
 9      I've learned a lot about how the FBI and how the
10      government works now.  They will -- they will say
11      anything.  They will make up anything.  They don't have
12      to tell the truth.  They could show up at your door and
13      tell you a lie and it's perfectly acceptable.
14                    They could tell you that Ruel said you
15      should have paid these and you didn't.  And they're --
16      but -- and that doesn't have to be any truth to it.  So
17      beyond that -- so the only reason I reached out is
18      because --
19                    (Redacted portion.)
20                    RH:    Happens the minute you're
21      represented by Counsel is that they've got to go
22      through your attorney.  So they can't talk to you,
23      essentially, unless your attorney says they can.  Okay?
24                    LM:    Hmm.
25                    RH:    Now --
```

```
 1                    LM:    Okay.
 2                    RH:    -- so nothing else could happen
 3   other than, I don't know how far they could dig into
 4   it.  I don't know where they would get your name.  But
 5   so what's -- what's happened, Leslie, one --
 6                    (Redacted portion.)
 7                    RH:    Tax issues and stuff like that.  So
 8   you -- you have --
 9                    LM:    Hmm.
10                    RH:    -- no exposure.  The only reason I
11   even brought it up is not -- you don't need it to --
12   you know, necessarily to have somebody represent you,
13   you know.  But what it does do is if you don't want to
14   interact with them, then you don't have to, that's all.
15                    LM:    Okay.
16                    RH:    And that -- so if they decided they
17   -- so you can leave it like this if you want to --
18                    LM:    Oh --
19                    RH:    -- Leslie, you could see if they --
20   see if anybody reaches out to you.  And if they do,
21   just take a number and say I'll have my attorney get in
22   touch with you.
23                    LM:    Yeah.
24                    RH:    You know, they can't make you talk
25   to them.  You can if you want to.
```

```
 1              LM:    Yeah.

 2              RH:    But I can't -- and I can't tell you

 3   not to talk to them because I can get in trouble.  But

 4   all I -- all I wanted to make sure is you, like

 5   everybody else, understood that in the event you wanted

 6   us to hire Counsel for you, we would.  It's totally

 7   unfair for you to have to hire an attorney at your own

 8   expense to represent you for something that happened 10

 9   years ago for a place you don't work anymore anyway.

10              LM:    Yeah, I --

11              RH:    So that's --

12              LM:    -- I --

13              RH:    -- not fair.

14              LM:    -- I -- I got you.

15              RH:    And but I mean these -- these

16   people are -- these people are awful.  And the -- the

17   -- the problem is, and it's just like you see on

18   television, I mean, they don't have to tell the truth.

19              (Redacted portion.)

20              RH:    They could -- now, the one who

21   called and left a message with Jennifer, he said he was

22   with the IRS and it was, I don't know, Special

23   Investigations Division, so he could have been, I don't

24   know.

25              LM:    Uh-huh.
```

```
 1                    RH:    Now, the --
 2                    LM:    They just left a message?   She
 3    didn't talk to him?
 4                    RH:    She didn't talk to him.
 5                    LM:    Okay.
 6                    RH:    We hired an -- she -- we hired an
 7    attorney --
 8                    LM:    Oh, okay.
 9                    RH:    -- And --
10                    LM:    This is after --
11                    RH:    -- and the same thing and so, you
12    know, now, we -- you know, but the -- the only thing
13    that -- you know, the only reason I -- what we do know
14    and I didn't find that out -- I don't even know if I
15    knew this when I talked to you, but how they started
16    looking at the payroll tax issue is we found out, I
17    don't know, it could be a couple weeks ago now that --
18    or longer, maybe I did know this when I called and
19    maybe that's why I went ahead and called because I
20    wasn't going to bug you otherwise.  But they subpoenaed
21    ML's records --
22                    LM:    Uh-huh.
23                    RH:    -- back in, like -- back in like
24    November, late November, early December, and they met
25    with ML.  So -- so the payroll tax issue to come up, it
```

```
 1   had to come from him.  Okay?   And --

 2                  LM:    Yeah.

 3                  RH:    -- I don't know if they just went

 4   fishing or if they looked at it or what it was.  Now,

 5   obviously I don't know what he told them.  ML, you

 6   know, basically about the time this happened sold his

 7   firm to another one, he's joining them and they won't

 8   let him represent me anymore.

 9                  LM:    He is not with --

10                  RH:    So ML --

11                  LM:    -- he's not with Speer & Associates

12   anymore?

13                  RH:    Well, no, they've joined a, let's

14   see what you call it --

15                  LM:    Oh --

16                  RH:    Yeah, you probably got a letter or

17   something.

18                  LM:    Or -- okay.  So --

19                  RH:    So I -- I -- so I don't know.  My

20   only concern on -- you know, is if for some reason they

21   knew your name, Leslie, it would only be because ML

22   told them.  They asked a question.

23                  LM:    Okay.

24                  RH:    And they -- they asked him who all

25   was involved on these calls or whatever.
```

```
 1                    LM:    Okay.

 2                    RH:    And now -- now, I can -- I can --

 3   you know, it's -- instead of freaking you out, one

 4   thing we can do is my -- my attorney, Abbe Lowell, is

 5   based out of Washington D.C.  He's literally the finest

 6   attorney in the country on this stuff and he probably,

 7   he may or may not want to ask you some questions, but

 8   he would be more -- if -- if you want to speak to him,

 9   he'd be more than happy to tell you, you know.

10                    LM:    Whatever questions --

11                    RH:    What --

12                    LM:    -- I have.

13                    RH:    -- what your -- what your rights

14   are, yes, absolutely.  Yes, I can set that up.  Now,

15   he's a busy guy, but I mean, it's -- and the only thing

16   that he knows, what we've told him is that on these

17   payroll taxes and on the 2010 is that you were actually

18   the one that made the phone call that pushed the

19   buttons that made the payment.  You had no

20   responsibility for doing anything other than processing

21   the payment.  You didn't have any authority over

22   whether to pay the taxes, you just paid them if we told

23   you there was money.

24                    LM:    Uh-huh.

25                    RH:    That's all.
```

```
 1                    LM:    Yeah.  Correct.

 2                    RH:    So I mean, Abbe knows you're not a

 3    decision maker, he knows that.  And you know, ML knew

 4    you weren't the decision maker.  But see, I don't know

 5    what they talked to ML about.

 6                    So what -- what you can do and -- and you

 7    know, if you want to talk to Abbe, you know, to --

 8    to -- maybe to get some peace of mind on it, you can.

 9    If you want to just wait and see what happens, you can.

10    And -- but I just want to make sure you understand that

11    if -- if you felt like you wanted to be represented by

12    Counsel, not because -- not because you did anything

13    wrong but just because you don't want to get drug into

14    anything --

15                    LM:    Uh-huh.

16                    RH:    -- then we -- we will hire you an

17    attorney.  We will pay for an attorney, the same one

18    for everybody.  Now, you can wait and see if somebody

19    reaches out to you.

20                    LM:    Okay.

21                    RH:    And --

22                    (Redacted portion.)

23                    LM:    Oh.

24                    RH:    You can take a card and say I'll

25    have my attorney get in touch with you, if you don't
```

```
1    want to speak to them.  If you want to speak to them,
2    you can.
3                LM:   Yeah, I don't really know how --
4                RH:   What -- what -- what they --
5                LM:   -- that stuff works.
6                RH:   -- what -- what the -- what they --
7    what they really -- what they really want people to do
8    is, you know, they -- they -- it's through
9    intimidation.
10               LM:   Uh-huh.
11               RH:   You know, they try to say, oh,
12   okay, you won't talk to us, then you must be guilty.
13               LM:   Uh-huh.
14               RH:   They'll say shit like that.
15               LM:   Yep, seen that --
16               RH:   I mean, it's true --
17               LM:   -- on TV.
18               RH:   -- it's -- it's -- it's really bad.
19   That's all.  But again, my message is I wanted you to
20   -- to have a heads up in case it came up.
21               LM:   Okay.
22               RH:   Okay?
23               LM:   Well, I guess --
24               RH:   And -- and -- but no, you did
25   nothing and I would tell them you did nothing.  I've
```

```
 1   told -- I mean, we all know that.  Only thing you did
 2   is you were the ones that ran the reports on ADP and
 3   then when you actually -- after we talked to you or
 4   maybe you and I and ML or I got -- ML makes it sound
 5   like he didn't know anything about it.  And of course
 6   you know -- you know, and Jennifer know that's not the
 7   case.
 8                 LM:    Uh-huh.
 9                 RH:    He was -- he was basically advising
10   us, but what's he going to say?
11                 LM:    Right.
12                 RH:    And -- and so that -- that -- that
13   was -- you know, that was it.  So -- but again, if you
14   want to talk to them, you can.  If you don't want to,
15   you don't have to.  But you can literally take their
16   card and say I will have my attorney get in touch with
17   you or I'm represented by Counsel, I don't wish to
18   speak to you without Counsel and they -- they can't do
19   anything.
20                 LM:    Okay.
21                 RH:    That's all.  Now, it's -- what's
22   scary is they suck people in.
23                 LM:    Yeah.  Yeah --
24                 RH:    Uh-huh, and --
25                 LM:    -- it's not like --
```

```
 1                    RH:   -- and then they'll --
 2                    LM:   -- people deal with them every day,
 3      so don't --
 4                    RH:   -- and then they'll --
 5                    LM:   -- know how to handle.
 6                    RH:   -- and they're -- then they'll --
 7      they'll do this thing, you're lying to the FBI.  It's a
 8      federal offense -- you know, it's just -- it's like a
 9      bunch of stormtroopers, it's horrible.
10                    LM:   Okay.
11                    RH:   But I'm sorry I stressed you out.
12      Don't worry about it.
13                    LM:   Well, I --
14                    RH:   It's just we've got an attorney
15      that's representing everybody else and -- and should it
16      come to that and you -- you want to have Counsel
17      represent you, you just need to let me know.
18                    LM:   Okay.
19                    RH:   And --
20                    LM:   I mean, I --
21                    RH:   -- and we can -- we can get Sarah
22      to -- we'll get a retainer, we'll get an agreement that
23      you'd have to sign and then -- then it's there.  And
24      you know, and --
25                    LM:   I mean, I guess I don't see any
```

```
 1   reason I wouldn't talk to them if they contact me,
 2   but...
 3              RH:   It's up to you.  Now, you can
 4   decide whether you want to or -- or not.  Now, my
 5   main --
 6              LM:   I mean, simply -- simply because,
 7   you know, I didn't do anything wrong and you're the one
 8   that didn't --
 9              RH:   Leslie --
10              LM:   -- pay the taxes.
11              RH:   -- Leslie, I've got --
12              LM:   And --
13              (Redacted portion.)
14              RH:   Wrong.  So the mere fact that you
15   did nothing wrong does not keep you out of trouble with
16   these people.  You know --
17              LM:   If --
18              RH:   -- if they felt like they could
19   intimidate you into doing something, they would do it.
20   So I mean, what -- what -- just out of curiosity, if
21   they told you I said -- well, they said, well, you
22   know, Ruel's the first one to plead guilty on this is
23   the -- the one that's going to get the deal.  You know,
24   and Jennifer's talking and Ruel's talking and all,
25   that's what they do.
```

```
 1                    LM:    Uh-huh.
 2                    RH:    You know, and -- so that -- that's
 3      all, you know.  I mean, it's just --
 4                    (Redacted portion.)
 5                    RH:    And you know, they can ask the --
 6      you know, they can ask you questions if you wanted to
 7      meet with them, but you don't have to.  And quite
 8      frankly, I think Abbe, my attorney, would tell you, you
 9      don't want to talk to them because there's nothing good
10      that's going to come from it.  I mean --
11                    LM:    Yeah, I understand.
12                    RH:    -- it's not -- it's not like -- it's
13      not like they're going to -- you know, you're going to
14      get any brownie points or --
15                    LM:    I understand.
16                    RH:    -- anything.
17                    LM:    I -- I understand totally.
18                    RH:    So -- so you know, what you could
19      do then is just -- I'm sorry if I stressed you out.
20      Least you -- least you got the heads up.
21                    LM:    Yeah.
22                    RH:    You know, if -- if they reach out
23      to you, you can, like I said, you can talk to them if
24      you want or you can say let me get with my attorney and
25      get back with you and you can decide what you want to
```

```
 1    do.  That's -- chances are you're not going to hear
 2    from them.
 3                   LM:    Yeah.
 4                   RH:    Chances are you're not going to
 5    hear from them because what we're working on doing is
 6    we're working on shutting this whole angle down dealing
 7    with -- we're -- we're wheeling -- we've gone above
 8    these guys' heads on a -- on a payroll tax issue.
 9    We've gone over their head.  We're dealing with the big
10    brass in Washington because this should not be come up
11    (sic).
12                   There's nothing criminal, you know, as
13    long as you pay all the -- the employee withholding
14    over it, they can't make a criminal case.  But you
15    know, the -- these just -- these guys will charge, you
16    know, with me they -- they just -- my God, it's just
17    amazing.  I've learned so much, that you don't have --
18    that they just charge people with shit even if they
19    know --
20                   LM:    Yeah, I mean --
21                   RH:    -- it's not real --
22                   LM:    -- I've seen a lot on TV --
23                   RH:    -- because they -- they know
24    you're --
25                   LM:    -- you know.
```

```
 1                    RH:    -- you're -- because they're --
 2      that's just how it works.
 3                    LM:    Yeah.
 4                    RH:    Now, unfortunately they treat
 5      everybody like they're the mob, you know.  They --
 6      that's just practices they came up with long ago and so
 7      they assume everybody that they talk to that ever
 8      worked with anybody that any Defendant or whatever must
 9      be bad.  I'm a bad guy, that's what they think.
10                    LM:    Yeah.
11                    RH:    Throwing money around so I'm a bad
12      guy.  So if you work for Ruel, you must be bad guy too
13      or bad girl, too.  That's just sort of how it is.
14                    So why don't you just, you know -- why
15      don't you just hold out and wait and see, Les.
16                    LM:    Yeah, I -- I -- I just -- I don't
17      -- I don't want to be involved in this at all.  And
18      honestly, I don't want to talk -- I don't want to talk
19      to your attorneys --
20                    RH:    That's fine.
21                    LM:    -- right now.  I don't want to -- I
22      just -- I'm just going to hang back and, you know, just
23      see if --
24                    RH:    Why don't you do that?
25                    LM:    -- contact me.
```

```
 1                    RH:    Why -- why don't you do that and
 2      then you can make a decision.
 3                    LM:    Okay.
 4                    RH:    And you can, you know, see what
 5      they say and -- you know, I don't -- I don't know.  I
 6      don't know, you know.
 7                    LM:    Okay.
 8                    RH:    You know, and -- and you know, I
 9      mean, you know, they -- I mean, ML knows you were gone,
10      you know.  He knows it was a long time ago.  I -- I --
11      and I couldn't ask ML.  I mean, I have -- I can't do
12      any of that.  I talked to ML when he told me he
13      couldn't do my work anymore and so we're having the
14      forms (unintelligible) people doing -- doing our
15      audits.
16                    LM:    Oh.
17                    RH:    But I -- see, I don't know.
18                    LM:    Oh, so because he doesn't do the
19      accounting anymore.
20                    RH:    Well, it's -- this is the first
21      year --
22                    LM:    It'll be the taxes --
23                    RH:    -- he's not doing --
24                    LM:    -- not the accounting, I'm sorry,
25      the taxes.
```

```
 1                    RH:    Yeah, no, he's --
 2                    LM:    Okay.
 3                    RH:    -- he -- he did our tax returns in
 4      2018.  He's not doing any of them in 2019.
 5                    LM:    Okay.  Got you.
 6                    RH:    So --
 7                    LM:    What a mess.  Okay.
 8                    RH:    Yeah, so just, you know --
 9                    LM:    Yeah.
10                    RH:    -- wait and see and make a decision
11      later.  And you know what, if somebody shows up at your
12      door, you can -- you can just tell them let me think
13      about it, you know, or let me talk to an attorney, see
14      what my rights are or you can be -- you know, whatever.
15                    LM:    All right.
16                    RH:    But you -- you know, it's -- what
17      -- what the -- well, my -- my advice, if anybody asked
18      me what should I -- what should I do, this is anybody,
19      anywhere, any time, I would say don't speak to law
20      enforcement without -- guilty or not without legal
21      representation.
22                    LM:    Uh-huh.
23                    RH:    Just because it's just, you know, I
24      mean, it's just -- gah, I mean, it's just a nightmare.
25                    LM:    Okay.
```

```
 1                    RH:    I mean --
 2                    LM:    Okay.  I hear what you're saying,
 3      so...
 4                    RH:    But like, I'm not going to -- I'm
 5      not keeping you from doing it.  I can't tell you you
 6      can't do it, you know, because I can get in trouble --
 7                    LM:    Okay.
 8                    RH:    -- if I said don't do it, you know,
 9      I can get --
10                    LM:    Yeah.
11                    RH:    -- in trouble --
12                    LM:    Yeah.
13                    RH:    -- and you know, it's just -- you
14      know, I'm hoping to keep everybody out of this.
15                    LM:    Okay.
16                    RH:    But my -- my -- my way to try to
17      keep everybody out of this was to make sure everybody
18      knew what was going on.  If there's any possibility
19      that you might be contacted, I thought that I should
20      let you know.
21                    LM:    Okay.
22                    RH:    That's it.  So that's what I did.
23                    LM:    Okay.  I appreciate it.
24                    RH:    Okay.
25                    LM:    Okay.  Talk to you later.
```

```
 1                    RH:    All right.

 2                    LM:    Uh-huh.

 3                    RH:    Thanks.

 4                    LM:    Bye-bye.

 5                    RH:    Bye.

 6                    SAF:   This is Special Agent Fleshman

 7     taking recovery of the recording device.  The time is

 8     approximately 4:17 p.m.

 9                    That concludes the call.

10                    (End of recording.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   STATE OF TEXAS          )

 2   COUNTY OF DALLAS        )

 3          THIS IS TO CERTIFY THAT I, MELISSA J. CARSON,

 4   a Certified Shorthand Reporter in and for the State of

 5   Texas, reported in shorthand the recorded proceedings

 6   had at the time and place set forth in the caption

 7   hereof, and that the above and foregoing 22 pages

 8   contain a full, true, and correct transcript to the

 9   best of my ability of the said recorded proceedings.

10          Certified to on this the _____ day

11   of_____, 2019.

12

13

14                    _____
                      MELISSA J. CARSON, Certified
15                    Shorthand Reporter in and for
                      The State of Texas
16

17

18   Certification No. 1737

19   CRCB Firm Registration #489

20   Expires December 31, 2019

21   CARSON REPORTING & ASSOCIATES

22   Post Office Box 551628

23   Dallas, Texas 75355-1628

24   Telephone 214.346.3434

25
```