# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:19-CR-00083-M |
| RUEL M HAMILTON (1), | § § | **Filed Under Seal** |
| Defendant. | § § § | |

## ORDER

Before the Court is the government's Sealed Motion to Revoke or Modify the Defendant's Conditions of Pretrial Release (ECF No. 227). The Motion is hereby REFERRED to Magistrate Judge Renee Harris Toliver for a hearing, if necessary, and recommendation or determination. This Order of Referral also prospectively refers all procedural motions hereafter filed by a party who supports or opposes the referred Motion, and that relate to the United States Magistrate Judge's resolution of the Motion. All future filings regarding the referred Motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

July 9, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE