# EXHIBIT A

CHICAGO TITLE CO.
SELLER'S STATEMENT

| | | |
|---|---|---|
| DATE | 27-Jun-18 V8 | GF# 8000291700152 |
| SALE FROM: | AmeriSouth XXXX, Ltd. | TO: HOUSING AUTHORITY OF THE CITY OF FORT WORTH d/b/a Fort Worth Housing Solutions and FW Steele Prince Hall, LLC |

PROPERTY: Prince Hall Garden II Apartments - 4820 E. Berry Street, Fort Worth, Texas
Tract A-1, Block 3, Eastwood Terrace Addition, City of Fort Worth, Tarrant County, Texas

SALES PRICE: $4,060,000.00

REIMBURSEMENTS/CREDITS

TOTAL REIMBURSEMENTS/CREDITS: $0.00
GROSS AMOUNT DUE TO SELLER: $4,060,000.00

CHARGES AND DEDUCTIONS

Commission to

Filing Fees to County Clerk
| | | |
|---|---|---|
| Warranty Deed | All (Estimated) | |
| Deed Trs Tax | Easement | |
| Releases | Affidavit | |
| UCC Term. | Other | $100.00 |

*Any Overages will be refunded to Seller $100.00

Fees to Chicago Title and Clutts & Company LLP (Premium split to Clutts & Company, LLP is 57%)
| | | |
|---|---|---|
| TX Guaranty Fee | $4.60 Tax Cert | $80.95 |

$85.46

| | | | |
|---|---|---|---|
| Escrow Fee | Clutts and Company LLP | | 3750.00 |
| Owner's Policy Credit | Credit to Buyer | | $10,705.00 |
| June Rent Proration | Credit to Buyer | 06/01 - 06/30 | $5,256.12 |
| 2018 Tax Proration | Credit to Buyer | 01/01 - 06/28 | $28,008.48 |
| | $57,738.53 / 365 = $163.24 x 177 days | | |
| Tenant Security Deposits | Credit to Buyer | | $12,936.40 |
| Payoff | Midland States Bank Loan #26800241 | good through 2pm 6/29 | $1,892,273.18 |
| Legal Fees | Standly Tomek, LLP | | $21,320.00 |
| Legal Fees | J. Kirk Standly, PC | | $11,916.00 |

TOTAL CHARGES AND DEDUCTIONS: $1,986,365.64
NET AMOUNT DUE TO SELLER: $2,084,814.36

Seller understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this statement.

Seller understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others, or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorized Chicago Title co. to make expenditures and disbursements as shown above and approved below for payments. The undersigned also acknowledges receipt of Loan funds, if applicable, in the amount shown above and receipt of a copy of this statement. The undersigned acknowledges that Chicago Title Co. may be entitled to a policy credit along with the closing agent.

Kisha Burnett, Escrow Officer
Clutts & Company, LLP

SEE ATTACHED SIGNATURE ADDENDUM
FOR SELLERS SIGNATURE

SIGNATURE ADDENDUM TO SELLER'S STATEMENT
GF#8000291700152

AmeriSouth XXXX, Ltd., a Texas limited partnership

By:     Amerisouth Texas IV, L.L.C., a Texas limited liability company, its sole General Partner

By:     _____

Ruel M. Hamilton, Manager

**Prince Hall**
**Ownership**

| | | |
|---|---|---|
| Date of Acquisition | 9/28/2004 | |
| Date of Distribution | 6/28/2018 | |
| Distribution Amount | $ 2,100,000 | |

| | | 10% Pref | $ 712,500.00 Investment +10% | Windchime First 30.00% | Rest of LP's to 30.00% |
|---|---|---|---|---|---|
| Windchime Investments (Catlyn) | 167,000.00 | 55.67% | 229,625.00 | $ 396,625.00 | $ 1,387,500.00 | |
| Amerisouth Investments | 27,500.00 | 9.17% | 37,812.50 | $ 65,312.50 | | $ - |
| Snowbrook Investments - Kirk | 22,500.00 | 7.50% | 30,937.50 | $ 53,437.50 | | $ - |
| Vermachtnis Holdings - kids | 20,000.00 | 6.67% | 27,500.00 | $ 47,500.00 | | $ - |
| Leslie Martin | 20,000.00 | 6.67% | 27,500.00 | $ 47,500.00 | | $ - |
| Antelope 2001 LP - Jeff | 15,000.00 | 5.00% | 20,625.00 | $ 35,625.00 | | $ - |
| John Brownlee | 10,000.00 | 3.33% | 13,750.00 | $ 23,750.00 | | $ - |
| Rosenknapse Investments - Dana | 10,000.00 | 3.33% | 13,750.00 | $ 23,750.00 | | $ - |
| Eric Wilbur - Jeff friend | 5,000.00 | 1.67% | 6,875.00 | $ 11,875.00 | | $ - |
| Christy McPeak | 1,000.00 | 0.33% | 1,375.00 | $ 2,375.00 | | $ - |
| Jennifer Muegel | 1,000.00 | 0.33% | 1,375.00 | $ 2,375.00 | | $ - |
| Audrey Kelly | 1,000.00 | 0.33% | 1,375.00 | $ 2,375.00 | | $ - |
| Total | 300,000.00 | | 412,500.00 | $ 712,500.00 | $ 1,387,500.00 | |

| Check | Date | Vendor | Invoice | Invoice Date | Description | Net Amount Paid |
|-------|------|--------|---------|--------------|-------------|-----------------|
| **6035TSB** | | **PRINCE HALL - COMPASS BANK** | | | | |
| 60353116 | 06-28-18 | ANTELOPE 2001, LP | 062818 | 06-28-18 | 10% RETURN ON INVEST | 20,625.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 15,000.00 |
| | | | | | Check Totals | 35,625.00* |
| 60353117 | 06-28-18 | JOHN BROWNLEE | 062818 | 06-28-18 | 10% RETURN ON INVEST | 13,750.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 10,000.00 |
| | | | | | Check Totals | 23,750.00* |
| 60353118 | 06-28-18 | AUDREY KELLY | 062818 | 06-28-18 | 10% RETURN ON INVEST | 1,375.00 |
| | | | 092804 | 09-28-04 | RETURN ON INVESTMENT | 1,000.00 |
| | | | | | Check Totals | 2,375.00* |
| 60353119 | 06-28-18 | LESLIE MARTIN | 062818 | 06-28-18 | 10% RETURN ON INVEST | 27,500.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 20,000.00 |
| | | | | | Check Totals | 47,500.00* |
| 60353120 | 06-28-18 | CHRISTY WIGGINS | 062818 | 06-28-18 | 10% RETURN ON INVEST | 1,375.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 1,000.00 |
| | | | | | Check Totals | 2,375.00* |
| 60353121 | 06-28-18 | JENNIFER MUEGEL | 062818 | 06-28-18 | 10% RETURN ON INVEST | 1,375.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 1,000.00 |
| | | | | | Check Totals | 2,375.00* |
| 60353122 | 06-28-18 | ROSENKNOPSE INVESTMENTS, LLC | 062818 | 06-28-18 | 10% RETURN ON INVEST | 13,750.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 10,000.00 |
| | | | | | Check Totals | 23,750.00* |
| 60353123 | 06-28-18 | SNOWBROOK INVESTMENTS II, LP | 062818 | 06-28-18 | 10% RETURN ON INVEST | 30,937.50 |
| | | | 092804 | 09-28-04 | INVESTMENT RETURN | 22,500.00 |
| | | | | | Check Totals | 53,437.50* |
| 60353124 | 06-28-18 | VERMACHTNIS HOLDINGS, LTD. | 062818 | 06-28-18 | 10% RETURN ON INVEST | 27,500.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 20,000.00 |
| | | | | | Check Totals | 47,500.00* |
| 60353125 | 06-28-18 | ERIC WILBUR | 062818 | 06-28-18 | 10% RETURN ON INVEST | 6,875.00 |
| | | | 092804 | 09-28-04 | RETURN OF INVESTMENT | 5,000.00 |
| | | | | | Check Totals | 11,875.00* |
| | | | | | Bank Totals | 250,562.50* |
| **GRAND TOTALS** | | | | | Report Totals | 250,562.50* |







## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 7/3 | 60353116 | $35,625.00 | 7/10 | 60353122 | $23,750.00 | 7/13 | 60353128 | $54.07 |
| 7/12 | 60353117 | $23,750.00 | 7/13 | 60353123 | $53,437.50 | 7/9 | 60353129 | $260.80 |
| 7/6 | 60353118 | $2,375.00 | 7/5 | 60353124 | $47,500.00 | 7/10 | 60353130 | $3,314.69 |
| 7/10 | 60353119 | $47,500.00 | 7/2 | 60353125 | $11,875.00 | 7/11 | 60353131 | $4,499.77 |
| 7/6 | 60353120 | $2,375.00 | 7/10 | 60353126 | $5,000.00 | 7/13 | 60353132 | $6,305.29 |
| 7/25 | 60353121 | $2,375.00 | 7/9 | 60353127 | $64.95 | | | |

\* Indicates break in check sequence

## Images of Checks











