# EXHIBIT B

## SPRINGDALE, Haltom City
09/18/18 Distribution

|  | $94,715.00 | Percentage of Ownership |
|---|---:|---:|
| Amerisouth Texas II, LLC | $947.15 | 1.00% |
| Catlyn AmeriSouth Springdale, Ltd. | $50,000.05 | 52.79% |
| Amerisouth Investments, LP | $35,319.22 | 37.29% |
| Antelope 2001, LP | $1,562.80 | 1.65% |
| Vermatchtnis Holdings, Ltd. | $1,562.80 | 1.65% |
| Leslie Martin | $1,562.80 | 1.65% |
| John Brownlee | $1,562.80 | 1.65% |
| Snowbrook Investments II, L.P. | $1,562.80 | 1.65% |
| Audrey Kelly | $312.56 | 0.33% |
| Jennfier Muegel | $161.02 | 0.17% |
| Christy C. Wiggins | $161.02 | 0.17% |
|  | $94,715.00 | 100.00% |

# AP Payment Register
## Springdale Apartments
### Sep 2018 - Feb 2019

| | | | Payment Information | | | | |
|---|---|---|---|---|---|---|---|
| Number | Type | Date | Post Month | Bank Account | Status | Payee | Amount |
| **Property: Springdale Apartments** | | | | | | | |
| 566590 | Wire Transfer | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | CATLYN AMERISOUTH SPRINGDALE LTD | 50,000.00 |
| 567286 | Wire Transfer | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | AMERISOUTH INVESTMENTS LTD | 35,319.22 |
| 567287 | Wire Transfer | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | AMERISOUTH TEXAS II LLC | 947.15 |
| 60190854 | Check | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | ANTELOPE 2001 LP | 1,562.80 |
| 60190855 | Check | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | AUDREY KELLY | 312.56 |
| 60190856 | Check | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | CHRISTY C WIGGINS | 161.02 |
| 60190858 | Check | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | JOHN BROWNLEE | 1,562.80 |
| 60190859 | Check | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | LESLIE MARTIN | 1,562.80 |
| 60190860 | Check | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | SNOWBROOK INVESTMENTS II LP | 1,562.80 |
| 60190861 | Check | 09/19/2018 | 09/2018 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | VERMATCHTNIS HOLDINGS LTD | 1,562.80 |
| 60190966 | Check | 02/05/2019 | 02/2019 | SPRINGDALE HC (OPERATING) - 6019VTEX | R | JENNIFER MUEGEL | 161.02 |
| | | | | | | **Springdale Apartments Total:** | **94,714.97** |

```
                                                                    PAGE:      2
VERITEX                                      ACCOUNT:    XXXXXX8058  09/28/2018
COMMUNITY BANK                               DOCUMENTS:         24
www.veritexbank.com
TRUTH IN TEXAS BANKING

17950 Preston Rd, Suite 500
Dallas, TX 75252
Tel: 833-VERITEX (1-833-837-4839)
AMERISOUTH XXVI LTD DBA
```

================================================================
                COMMERCIAL CHECKING ACCOUNT XXXXXX8058
================================================================

```
          - - - - - - - - -     CHECKS  - - - - - - - - - -
   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
   60190831*09/05       920.50 60190843 09/13        64.95 60190853 09/13     1,663.93
   60190836*09/04     1,858.75 60190844 09/07    25,827.38 60190854 09/25     1,562.80
   60190838 09/05     6,595.47 60190845*09/07     2,200.00 60190855*09/26       312.56
   60190839 09/05     3,022.80 60190851 09/14     1,526.76 60190860 09/24     1,562.80
   60190840*09/04       145.60 60190852 09/18       920.50

   (*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
```

```
              - - - - - - - - -   OTHER DEBITS  - - - - - - - - -
   DESCRIPTION                                                  DATE        AMOUNT
   Funds Transfer from Checking 8058 to Checking 8025. 083118   09/04      5,130.05
       PR REIMB
   Funds Transfer from Checking 8058 to Checking 8025. 090518   09/07      6,301.34
       PR REIMB CK 60190850
   ATMOS ENERGY SGL UTIL PYMT 003024861766                      09/11        616.45
   ENTRATA PS BILLING 5752563                                   09/12         26.23
   Outgoing Wire,CATLYN AMERISOUTH SPRINGDALE LTD               09/17     50,000.00
   Funds Transfer from Checking 8058 to Checking 8135.          09/19        947.15
       DISTRIBUTION AMERISOUTH TEXA
   Funds Transfer from Checking 8058 to Checking 8135.          09/19     35,319.22
       DISTRIBUTION
   TXU ENERGY TXU ACH2 100039405722                             09/25      2,546.52
   TXU ENERGY TXU ACH2 100039405711                             09/25      2,604.30
   TXU ENERGY TXU ACH2 100039405733                             09/25      3,431.80
   Funds Transfer from Checking 8058 to Checking 7992. AUG      09/26      1,008.53
       MGMT FEE CK 60190866
```

```
        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

   ***************************************************************
   *                          |   TOTAL FOR     |     TOTAL      *
   *                          |   THIS PERIOD   |  YEAR TO DATE  *
   *--------------------------------------------------------------*
   * TOTAL OVERDRAFT FEES:    |       $.00      |       $.00     *
   *--------------------------------------------------------------*
   * TOTAL RETURNED ITEM FEES:|       $.00      |       $.00     *
   ***************************************************************
```

```
                - - - - - - -  DAILY BALANCE  - - - - - - -
   DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
   09/04      281,804.95      09/05      274,826.18      09/06      277,456.18
                       * * *  C O N T I N U E D  * * *
```

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION | MEMBER FDIC

AMERISOUTH XXVI LTD DBA - 1198058 Page 5



119805 - $510.00 - 10/30/2018



60190858 - $1,562.80 - 10/9/2018



119805 - $510.00 - 10/30/2018



60190859 - $1,562.80 - 10/11/2018



60190856 - $161.02 - 10/2/2018



60190859 - $1,562.80 - 10/11/2018



60190856 - $161.02 - 10/2/2018



60190861 - $1,562.80 - 10/24/2018



60190858 - $1,562.80 - 10/9/2018



60190861 - $1,562.80 - 10/24/2018

AMERISOUTH XXVI LTD DBA - 1198058  Page 7



60190853 - $1,663.93 - 9/13/2018



60190855 - $312.56 - 9/26/2018



60190853 - $1,663.93 - 9/13/2018



60190860 - $1,562.80 - 9/24/2018



60190854 - $1,562.80 - 9/25/2018



60190860 - $1,562.80 - 9/24/2018



60190854 - $1,562.80 - 9/25/2018



$7,090.00 - 9/4/2018



60190855 - $312.56 - 9/26/2018



$7,090.00 - 9/4/2018

AMERISOUTH XXVI LTD DBA - 1198058 Page 4



60190966 - $161.02 - 4/10/2019

60191007 - $450.00 - 4/18/2019

60190966 - $161.02 - 4/10/2019

60191009 - $1,409.92 - 4/2/2019

60190990 - $150.00 - 4/3/2019

60191009 - $1,409.92 - 4/2/2019

60190990 - $150.00 - 4/3/2019

60191012 - $2,200.00 - 4/5/2019

60191007 - $450.00 - 4/18/2019

60191012 - $2,200.00 - 4/5/2019