# EXHIBIT C

## SPRINGDALE, Haltom City
12/17/2019

| | $100,000.00 | Percentage of Ownership |
|---|---:|---:|
| Amerisouth Texas II, LLC | $1,000.00 | 1.00% |
| Catlyn AmeriSouth Springdale, Ltd. | $52,790.00 | 52.79% |
| Amerisouth Investments, LP | $37,290.00 | 37.29% |
| Antelope 2001, LP | $1,650.00 | 1.65% |
| Vermatchtnis Holdings, Ltd. | $1,650.00 | 1.65% |
| Leslie Martin | $1,650.00 | 1.65% |
| John Brownleee | $1,650.00 | 1.65% |
| Snowbrook Investments II, L.P. | $1,650.00 | 1.65% |
| Audrey Kelly | $330.00 | 0.33% |
| Jennfier Muegel | $170.00 | 0.17% |
| Christy C. Wiggins | $170.00 | 0.17% |
| | $100,000.00 | 100.00% |

**AP Payment Register**
Springdale Apartments
12/17/2019 - 12/31/2019

| Number | Type | Date | Post Month | Bank Account | Status | Payee | Amount |
|---|---|---|---|---|---|---|---|
| 60191229 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | R | ANTELOPE 2001 LF | 1,650.00 |
| 60191231 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | R | AUDREY KELLY | 330.00 |
| 60191232 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | R | JENNIFER MUEGEL | 170.00 |
| 60191233 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | R | JOHN BROWNLEE | 1,650.00 |
| 60191234 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | R | LESLIE MARTIN | 1,650.00 |
| 60191235 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | - | SNOWBROOK INVE: | 1,650.00 |
| 60191236 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | - | VERMATCHTNIS HO | 1,650.00 |
| 60191237 | Check | 12/31/19 | 12/2019 | SPRINGDALE HC | - | CHRISTY C WIGGIN: | 170.00 |
| Wire Transfer 827203 | Wire Transfer | 12/17/19 | 12/2019 | SPRINGDALE HC | R | CATLYN AMERISOU | 52,790.00 |
| Wire Transfer 827210 | Wire Transfer | 12/17/19 | 12/2019 | SPRINGDALE HC | R | AMERISOUTH INVE: | 37,290.00 |
| Wire Transfer 827212 | Wire Transfer | 12/17/19 | 12/2019 | SPRINGDALE HC | R | AMERISOUTH TEXA | 1,000.00 |
| | | | | | | **Springdale Apartments Total:** | **100,000.00** |

**Veritex Community Bank**
XXXXXX8058

Page: 6 of 7
Date: 2/02/20

| Check | Amount | Date |
|---|---|---|
| 60191221 | $143.77 | 1/7/2020 |
| 60191229 | $1,650.00 | 1/10/2020 |
| 60191231 | $330.00 | 1/10/2020 |
| 60191232 | $170.00 | 1/21/2020 |
| 60191233 | $1,650.00 | 1/15/2020 |
| 60191234 | $1,650.00 | 1/21/2020 |
| 60191239 | $2,200.00 | 1/7/2020 |
| 60191240 | $207.28 | 1/14/2020 |
| 60191242 | $290.00 | 1/10/2020 |
| 60191243 | $5,164.49 | 1/7/2020 |

Check 60191221 — SPRINGDALE APARTMENTS, 325 N ST. PAUL STREET, SUITE 3350, DALLAS, TX 75201. Date: Dec 26, 2019. Amount: $143.77. ***One Hundred and Forty Three Dollars And 77/100***. PAY TO THE ORDER OF: AT&T, P.O. BOX 105414, ATLANTA, GA 30348.

Check 60191229 — SPRINGDALE APARTMENTS. Date: Dec 31, 2019. Amount: $1,650.00. ***One Thousand Six Hundred and Fifty Dollars And 00/100***. PAY TO THE ORDER OF: ANTELOPE 2001 LP, 3131 TURTLE CREEK BLVD #907, DALLAS, TX 75219.

Check 60191231 — SPRINGDALE APARTMENTS. Date: Dec 31, 2019. Amount: $330.00. ***Three Hundred and Thirty Dollars And 00/100***. PAY TO THE ORDER OF: AUDREY KELLY.

Check 60191232 — SPRINGDALE APARTMENTS. Date: Dec 31, 2019. Amount: $170.00. ***One Hundred and Seventy Dollars And 00/100***. PAY TO THE ORDER OF: JENNIFER MUEGEL.

Check 60191233 — SPRINGDALE APARTMENTS. Date: Dec 31, 2019. Amount: $1,650.00. ***One Thousand Six Hundred and Fifty Dollars And 00/100***. PAY TO THE ORDER OF: JOHN BROWNLEE, 2323 VICTORY AVENUE, STE 1200, DALLAS, TX 75219.

Check 60191234 — SPRINGDALE APARTMENTS. Date: Dec 31, 2019. Amount: $1,650.00. ***One Thousand Six Hundred and Fifty Dollars And 00/100***. PAY TO THE ORDER OF: LESLIE MARTIN for AS INVESTMENTS I LP, 1722 CLEAR SPRINGS DR, ALLEN, TX 75002.

Check 60191239 — SPRINGDALE APARTMENTS. Date: Jan 06, 2020. Amount: $2,200.00. ***Two Thousand Two Hundred Dollars And 00/100***. PAY TO THE ORDER OF: AS MANAGEMENT SERVICES LLC, 325 N SAINT PAUL ST STE 3350, DALLAS, TX 75201.

Check 60191240 — SPRINGDALE APARTMENTS. Date: Jan 07, 2020. Amount: $207.28. ***Two Hundred and Seven Dollars And 28/100***. PAY TO THE ORDER OF: GRANITE TELECOMMUNICATIONS, PO BOX 983119, BOSTON, MA 02298-3119.

Check 60191242 — SPRINGDALE APARTMENTS. Date: Jan 07, 2020. Amount: $290.00. ***Two Hundred and Ninety Dollars And 00/100***. PAY TO THE ORDER OF: STOWES INDEPENDENT SERVICES LLC, PO BOX 1254, GRAPEVINE, TX 76099.

Check 60191243 — SPRINGDALE APARTMENTS. Date: Jan 07, 2020. Amount: $5,164.49. ***Five Thousand One Hundred and Sixty Four Dollars And 49/100***. PAY TO THE ORDER OF: ASMS LLC - PAYROLL ACCOUNT.