# United States District Court
# Northern District of Texas
# Office of the Clerk
### Dallas Division

UNITED STATES OF AMERICA
V.

Ruel M Hamilton

**SUMMONS IN A CRIMINAL CASE**

Case Number: 3:19-CR-083-M

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: 1100 Commerce Street, Dallas, TX 75242 | Room: 1306 |
| Before: U.S. Magistrate Judge Renee Harris Toliver | Date: 7/17/2020    Time: 1:00 PM |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petiton  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Motion Hearing

Magistrate Judge Renee Harris Toliver
Name and Title of Issuing Officer

s/A. Lowe
By: Deputy Clerk

7/10/2020
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me* on: |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served personally upon the defendant at: |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _____
　　　　　　　　　Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.