IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:19-cr-083-M-1 |
| ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON ) | |

# MR. HAMILTON'S NOTICE OF NON-OPPOSITION
## TO THE GOVERNMENT'S MOTION TO UNSEAL

Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Mark S. Werbner, Bar. No. 21179700TX
Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street Suite 900
Dallas, Texas 75201
MWerbner@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

After further evaluating the Government's Motion to Unseal Documents (the "Motion") (Dkt. 237), Mr. Hamilton, by and through his attorneys, states that he does not oppose the Motion.

Dated: August 3, 2020

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Mark S. Werbner, Bar. No. 21179700TX
Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street Suite 900
Dallas, Texas 75201
MWerbner@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

**CERTIFICATE OF SERVICE**

I certify that on August 3, 2020, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

/S/Abbe David Lowell
Abbe David Lowell

1