IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-083-M-1 |
| | ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON | ) | |
| | ) | |

## MR. HAMILTON'S WITNESS LIST

Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

In addition to those individuals the government has indicated to the defense it will call as witnesses, if Mr. Hamilton puts on a case in chief, he would list the following possible witnesses:

| Witness Name | Type | Probable/Possible |
|---|---|---|
| Carolyn King Arnold | Fact | Possible |
| John Baldwin | Fact | Possible |
| Kristie Bonner | Fact | Possible |
| Betty Culbreath | Fact | Probable |
| Ester Davis | Fact | Possible |
| Joyce Foreman | Fact | Probable |
| John Gilbert | Fact | Probable |
| Renita Griggs | Custodian | Possible |
| Scott Griggs | Fact | Possible |
| Chris Hamilton | Fact | Probable |
| John Hamilton | Custodian | Possible |
| Clay Jenkins | Fact | Probable |
| Mattye Jones | Fact | Probable |
| Thomas Jones | Fact | Probable |
| Philip Kingston | Fact | Probable |
| Bernadette Nutall | Fact | Probable |
| Kimberly Olsen | Fact | Probable |
| Diane Ragsdale | Fact | Probable |
| Regina Turner | Fact | Probable |
| Albert Wash | Fact | Possible |

| Witness Name | Type | Probable/Possible |
|---|---|---|
| Christy Wiggins | Fact | Probable |

Dated:  October 26, 2020

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

**CERTIFICATE OF SERVICE**

  I certify that on October 26, 2020, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

            <u>/S/Abbe David Lowell</u>
            Abbe David Lowell