IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-083-M-1 |
| | ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON | ) | |
| | ) | |

# MR. HAMILTON'S EXHIBIT LIST

Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0001 | Photo of 4547 Utah Ave., Dallas, TX | | |
| D-0002 | Photo of 824 Oxbow Lane, Dallas TX | | |
| D-0003 | Photo of 1914 Windchime Dr., Dallas, TX | | |
| D-0004 | 12/15/2016 - DISD Board meeting minutes | | |
| D-0005 | 1/18/2017 - "Doing More in District 4" Award | | |
| D-0006 | 1/18/2017 - Video "Doing More in District 4" Award | | |
| D-0007 | 2/8/2018 - Susan B. Anthony Award - League of Women Voters of Dallas | | |
| D-0008 | 2/8/2018 - Susan B. Anthony Award Video | | |
| D-0009 | 2/8/2018 - Susan B. Anthony Award Photo | | |
| D-0010 | 6/15/2018 – Support For Minority Candidates Award | | |
| D-0011 | Summary chart of Ruel Hamilton's campaign contributions | | |
| D-0012 | Campaign contributions - FEC data | | |
| D-0013 | Campaign contributions - TX Ethics Commission Spreadsheet | | |
| D-0014 | Campaign contributions - check images | | |
| D-0015 | Summary chart of Amerisouth real estate properties | | |
| D-0016 | Supporting documents for property chart | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0017 | Bachman Glen property photos | | |
| D-0018 | Bachman Glen property photos (construction ~ Mar. 2004 - Mar. 2005) | | |
| D-0019 | Eastfield property photos | | |
| D-0020 | Eastfield property photos (construction ~ Oct. 2000 - Oct. 2001) | | |
| D-0021 | La Ventana property photos | | |
| D-0022 | La Ventana property photos (construction ~ Jan. 2002 - Jan. 2004) | | |
| D-0023 | 8/29/2014 - $1,905,000 Promissory Note from Southwest Bank. | | |
| D-0038 | 11/25/2013 – Video of FRT bus | | |
| D-0039 | 12/4/2013 - Dallas Morning News article, "Freedom Rides inspire teens" | | |
| D-0049 | FRT Book - 9/26/2014 | | |
| D-0050 | FRT Book - 9/25/2014 – 9/26/2014 | | |
| D-0086 | Amerisouth consulting fees | | |
| D-0087 | C. Davis's 2015-2018 Form-1099s | | |
| D-0088 | Bonnie View renderings for proposed renovations | | |
| D-0089 | 12/13/2016 – Invoice from Joseph Anthony | | |
| D-0090 | 2016/2017 - Photos TBAAL gala | | |
| D-0091 | 7/16/2018 and 8/2/2018 text messages between Chris Hamilton and Philip Kingston | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0092 | 8/1/2018–8/15/2018 text messages between Chris Hamilton and Kimberly Olsen | | |
| D-0093 | 8/1/2018 – Video of paid sick leave rally | | |
| D-0094 | 8/22/2018 check from Ruel Hamilton to Texas Organizing Project (TOP) PAC for $25,000 | | |
| D-0114 | 11/18/2013 email from Ruel Hamilton to Carolyn Davis | | |
| D-0115 | 11/22/2013 email from Renita Griggs to Ruel Hamilton | | |
| D-0116 | 10/20/2014 email forwarded from Renita Griggs to Ruel Hamilton | | |
| D-0117 | 11/19/2014 email from Renita Griggs to Ruel Hamilton | | |
| D-0118 | 12/3/2014 email from Carolyn Davis to Ruel Hamilton and others | | |
| D-0119 | 3/10/2015 email from Renita Griggs to Ruel Hamilton and others | | |
| D-0120 | 3/31/2015 email from Renita Griggs to Ruel Hamilton and others | | |
| D-0121 | 4/15/2015 email from Renita Griggs to Ruel Hamilton and others | | |
| D-0122 | 5/22/2015 email from Renita Griggs to Ruel Hamilton and others | | |
| D-0123 | 5/28/2015 email forwarded from John Hamilton to Ruel Hamilton | | |
| D-0124 | 10/7/2015 email from Carolyn Davis to Ruel Hamilton | | |
| D-0125 | 3/27/2016 Facebook email notice | | |
| D-0126 | 6/7/2016 Facebook email notice | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0127 | 1/11/2017 letter from Amerisouth to Director of Sustainable Development and Construction | | |
| D-0128 | 01/2015 - Photo from MLK Day Parade | | |

Dated: October 26, 2020

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

### CERTIFICATE OF SERVICE

I certify that on October 26, 2020, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

/S/Abbe David Lowell
Abbe David Lowell

4