IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:19-CR-083-M |
|---|---|
| v. | |
| RUEL M. HAMILTON | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 1 | T Mobile subscriber records for Caraway phone numbers ending in **7336, **6663, **4320 | PStephenson ETighe Business Record Affidavit ("BRA") | | | 00079925 |
| 2 | Caraway toll records for T Mobile phone number ending in **7336, **6663, **4320 | PStephenson ETighe BRA | | | 00079926 – 00079930 |
| 3 | AT&T subscriber information for Hamilton phone number ending in **3934 | PStephenson ETighe BRA | | | 00028000 00028873 00028874 00070418 00270947 00270948 |
| 4 | Hamilton toll records for AT&T phone number ending in **3934 | PStephenson ETighe BRA | | | 00028011 – 00027998  00270951 – 00271057 |
| 5 | Summary chart of Hamilton and Caraway toll records for 8/2/18 | MWaples | | | N/A |

**Government's Exhibit List - Page 1**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 6 | 8/2/18 call at 3:30 pm between Hamilton and Caraway | DCaraway PStephenson ETighe | | | 00000051 |
| 7 | Transcript of 8/2/18 call at 3:30 pm | DCaraway PStephenson ETighe | | | 00036811 – 00036821 |
| 8 | Text Messages between Hamilton and Dwaine Caraway on 8/2/18 at 4:15pm | DCaraway PStephenson ETighe MWaples | | | 00000370 |
| 9 | 8/3/18 recording of meeting between Hamilton and Caraway | DCaraway | | | 00000053 – 00000068 |
| 10 | Transcript of 8/3/18 meeting | DCaraway | | | N/A |
| 11 | $7,000 check written by Hamilton to Caraway on 8/3/18 | DCaraway | | | 00000366 |
| 12 | Surveillance photos of Hamilton on 8/3/18 | MHuber | | | 00000464 – 00000468 |
| 13 | 8/7/18 recording of meeting between Caraway, Davis, and Roberts | DCaraway | | | 00047859 |
| 14 | Transcript of 8/7/18 meeting | DCaraway | | | N/A |
| 15 | Photos of Christy Wiggins | DCaraway | | | 00083899 – 00083903 |
| 16 | Photos of Blue Corvette | DCaraway | | | 00083894 – 00083898 |
| 17 | City Plan Commission Agenda 4/6/17 | BRA | | | 00254220 – 00254233 |
| 18 | City Plan Commission Minutes 4/6/17 | BRA | | | 00254234 – 00254261 |
| 19 | Recording of meeting between Hamilton and City of Dallas regarding PD on 9/6/17 | DCaraway | | | 00235985 |

**Government's Exhibit List - Page  2**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 20 | Transcript of 9/6/17 meeting | DCaraway | | | N/A |
| 21 | Philip Kingston Request for Placement of Agenda Item – Earned Paid Sick Leave on 2/27/19 | MRawlings BRA | | | 00080234 – 00080246 |
| 22 | 4/24/19 Dallas City Council Agenda | MRawlings | | | 00080381 – 00080404 |
| 23 | 4/24/19 Dallas City Council Minutes | MRawlings | | | 00080405 – 00080482 |
| 24 | 4/24/19 Video of Dallas City Council Meeting | MRawlings | | | 00074247 |
| 25 | Partial Transcript of 4/24/19 Dallas City Council Meeting – Comments by Mike Rawlings | MRawlings | | | N/A |
| 26 | HUD funds to City of Dallas: Oct 2013 – Sep 2018 | SHenly JSangavnag | | | 00082217 – 00082242 |
| 27 | Secretary of State records re: Amerisouth | MWaples | | | 00075748 – 00076506 |
| 28 | Secretary of State records: re: Bonnie View | MWaples | | | 00075657 – 00075683 |
| 29 | Google Earth Map of Bonnie View & 11th Street | MWaples | | | N/A |
| 30 | Amerisouth's Royal Crest LIHTC application to City of Dallas | BMitchell | | | N/A |
| 31 | Amerisouth's Royal Crest LIHTC application to Texas Department of Housing and Community Affairs | BBoston | | | 00084188 – 00085300 |

**Government's Exhibit List - Page 3**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 32 | Photo(s) of Royal Crest | MWaples TJones | | | 00081848 – 00081855 |
| 33 | Hamilton Amegy Bank records for account ending in **8967 | VCasterline BRA | | | Various Ranges |
| 34 | Hamilton Amegy Bank records for account ending in **5234 | VCasterline BRA | | | Various Ranges |
| 35 | Hamilton Amegy Bank records for account ending in **3308 | VCasterline BRA | | | Various Ranges |
| 36 | Hamilton Independent Bank of Texas records for account ending in **1273 | VCasterline BRA | | | Various Ranges |
| 37 | Hamilton Sovereign Bank records for account ending in **0497 | VCasterline BRA | | | Various Ranges |
| 38 | Hamilton Veritex Bank records for account ending in **1620 | VCasterline BRA | | | Various Ranges |
| 39 | Hamilton Plains Capital Bank records for account ending in **2820 | VCasterline BRA | | | Various Ranges |
| 40 | AS Management Services LLC Veritex Bank records for account ending in **8014 | VCasterline BRA | | | Various Ranges |
| 41 | Windchime Investments LLC Veritex Bank records for account ending in **2788 | VCasterline BRA | | | Various Ranges |
| 42 | Hip Hop Government Inc. Bank of America | VCasterline BRA | | | Various Ranges |

**Government's Exhibit List - Page 4**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| | records for account ending in **7505 | | | | |
| 43 | Hip Hop Government Inc. Bank of America records for account ending in **7592 | VCasterline BRA | | | Various Ranges |
| 44 | Hip Hop Government Inc. Bank of America records for account ending in **7725 | VCasterline BRA | | | Various Ranges |
| 45 | Hamilton $5,000 check to MLK Center dated 11/18/13; Amegy Bank account ending in **8967; check # 5046 | JScroggins | | | 00000395 |
| 46 | Hamilton $2,500 check to Jay Scroggins dated 11/18/2013; Amegy Bank account ending **8967; check # 5048 | JScroggins | | | 00000377 |
| 47 | TDHCA Qualified Allocation Plan 2015 | BMitchell BBoston | | | 00235788 – 00235934 |
| 48 | Davis 2014 City of Dallas financial disclosure form | BJohnson | | | 00083684 – 00083709 |
| 49 | Hamilton $2,500 check to Hip Hop Government dated 9/10/14; Independent Bank of Texas account ending in **1273; check # 1040 | JScroggins | | | 00000399 |
| 50 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 10/17/14 | BMitchell | | | 00271147 – 00271160 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 51 | Hamilton $2,500 check to Hip Hop Government dated 10/20/14; Amegy Bank account ending in **8967; check # 5022 | JScroggins | | | 00000403 |
| 52 | Hamilton $9,000 check to Hip Hop Government dated 11/7/14; Sovereign Bank account ending in **0497; check # 589 | JScroggins | | | 00000421 |
| 53 | Hamilton $6,000 check to Hip Hop Government dated 11/18/14; Sovereign account ending in **0497; check # 621 | JScroggins | | | 00000423 |
| 54 | 12/8/14 recorded conversation between Davis and UCEs | MWaples | | | 00235991, 00235995, 00235999, 00236003 |
| 55 | Transcript of 12/8/14 conversation | MWaples | | | N/A |
| 56 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 1/2/15 | BMitchell | | | 00271207 – 00271227 |
| 57 | Hamilton $3,500 check to Hip Hop Government dated 1/8/15; Amegy account ending in **8967; check # 5054 | JScroggins | | | 00000374 |
| 58 | Dallas Housing Finance Corporation minutes for 1/13/15 meeting | BMitchell | | | 00075048 – 00075050 |

**Government's Exhibit List - Page 6**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 59 | Hamilton $1,500 check to Hip Hop Government dated 1/22/15; Amegy account ending in **8967; check # 5058 | JScroggins | | | 00000376 |
| 60 | Hamilton checks to Dallas City Council Member Tiffinni Young dated 1/22/15 | MWaples | | | 00035376, 00035377, 00017863 |
| 61 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 1/30/15 | BMitchell | | | 00271161 – 00271206 |
| 62 | 2/2/15 Dallas Housing Committee vote re: Royal Crest | BMitchell | | | 00073329 – 00073331 |
| 63 | 2/2/15 video of Dallas Housing Committee meeting | BMitchell | | | 00073150 |
| 64 | 2/16/15 call at 2:37 pm between Davis and Sherman Roberts. Session # 147 | MWaples | | | 00050311 |
| 65 | Transcript of 2/16/15 call at 2:37 pm | MWaples | | | N/A |
| 66 | 2/16/15 call at 3:49 pm between Hamilton and Davis. Session # 156 | MWaples | | | 00050320 |
| 67 | Transcript of 2/16/15 call at 3:49 pm | MWaples | | | N/A |
| 68 | 2/20/15 call at 12:27 pm between Hamilton and Davis. Session # 510 | MWaples | | | 00050675 |
| 69 | Transcript of 2/20/15 call at 12:27 pm | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 70 | 2/22/15 call at 8:34 am between Davis and Scroggins. Session # 658 | JScroggins | | | 00050822 |
| 71 | Transcript of 2/22/15 call at 8:34 am | JScroggins | | | N/A |
| 72 | 2/22/15 call at 9:04 am between Davis and Scroggins. Session # 659 | JScroggins | | | 00050823 |
| 73 | Transcript of 2/22/15 call at 9:04 am | JScroggins | | | N/A |
| 74 | 2/23/15 call at 1:06 pm between Davis, Scroggins, and UCE-5271. | JScroggins | | | 00037229 |
| 75 | Transcript of 2/23/15 call at 1:06 pm | JScroggins | | | N/A |
| 76 | 2/23/15 call at 6:33 pm between Davis and Scroggins. Session # 753 | JScroggins | | | 00050917 |
| 77 | Transcript of 2/23/15 call at 6:33 pm | JScroggins | | | N/A |
| 78 | 2/24/15 call at 8:00 am between Davis and Scroggins. Session # 798 | JScroggins | | | 00050962 |
| 79 | Transcript of 2/24/15 call at 6:33 pm | JScroggins | | | N/A |
| 80 | 2/25/15 Dallas City Council agenda re: Royal Crest | BMitchell | | | 00073152 – 00073190 |
| 81 | 2/25/15 Dallas City Council minutes re: Royal Crest | BMitchell | | | 00073191 – 00073328 |
| 82 | 2/25/15 Audio recording of Dallas | BMitchell | | | 00271307 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
|  | City Council vote re: Royal Crest |  |  |  |  |
| 83 | Resolution 15-409 authorizing $2.52 million loan for Royal Crest | BMitchell |  |  | 00075158 – 00075166 |
| 84 | 2/26/15 call at 9:57 am between Hamilton and Davis. Session # 972 | MWaples |  |  | 00051136 |
| 85 | Transcript of 2/26/15 call at 9:57 am | MWaples |  |  | N/A |
| 86 | Hamilton checks to Dallas City Council Member Carolyn Arnold dated 2/27/15 | MWaples |  |  | 00028989 – 00028990 |
| 87 | Hamilton checks to Dallas City Council Member Dwaine Caraway dated 2/27/15 and 3/18/15 | MWaples/ DCaraway |  |  | 00028990 – 00028992 |
| 88 | Hamilton $2,000 check to Hip Hop Government dated 3/6/15; International Bank of Texas account ending in **1273; check # 1084 | JScroggins |  |  | 00000435 |
| 89 | 3/6/15 call at 4:23 pm between Hamilton and Davis. Session # 1554 | MWaples |  |  | 00051718 |
| 90 | Transcript of 3/6/15 call at 4:23 pm | MWaples |  |  | N/A |
| 91 | 3/9/15 call at 4:42 pm between Hamilton and Davis. Session # 1703 | MWaples |  |  | 00051867 |
| 92 | Transcript of 3/9/15 call at 4:42 pm | MWaples |  |  | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 93 | 3/20/15 call at 11:23 am between Davis and Dallas City Council Member candidate Tiffinni Young. Session # 2502 | MWaples | | | 00052889 |
| 94 | Transcript of 3/20/15 call at 11:23 am | MWaples | | | N/A |
| 95 | 3/31/15 call at 10:06 am between Davis and Hamilton. Session # 3403 | MWaples | | | 00053790 |
| 96 | Transcript of 3/31/15 call at 10:06 am | MWaples | | | N/A |
| 97 | 3/31/15 call at 9:29 pm between Davis and Scroggins. Session # 3497 | MWaples | | | 00053884 |
| 98 | Transcript of 3/31/15 call at 9:29 pm | MWaples | | | N/A |
| 99 | 4/10/15 call at 4:17 pm between Davis and Hamilton. Session # 4337 | MWaples | | | 00054724 |
| 100 | Transcript of 4/10/15 call at 4:17 pm | MWaples | | | N/A |
| 101 | 4/10/15 call between Davis and Scroggins at 9:31 pm. Session # 4361 | JScroggins | | | 00054748 |
| 102 | Transcript of 4/10/15 call at 9:31 pm | JScroggins | | | N/A |
| 103 | 4/13/15 call at 4:16 pm between Hamilton and Davis. Session # 4506 | MWaples | | | 00000153 |
| 104 | Transcript of 4/13/15 call at 4:16 pm | MWaples | | | 00036776 – 00036779 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 105 | 4/14/15 call at 4:52 pm call between Hamilton and Davis. Session # 4586 | MWaples | | | 00000155 |
| 106 | Transcript of 4/14/15 call at 4:52 pm. | MWaples | | | N/A |
| 107 | 4/14/15 call at 9:16 pm between Davis and Scroggins. Session # 4608 | MWaples | | | 00054995 |
| 108 | Transcript of 4/14/15 call at 9:16 pm | MWaples | | | N/A |
| 109 | Surveillance photos of Hamilton on 4/14/15 | MWaples | | | 00000500, 00000558, 00000618, 00000630 |
| 110 | Surveillance photos of Hamilton's vehicle on 4/14/15 | MWaples | | | 00000652, 00000656 |
| 111 | 4/23/15 call at 9:24 am between Hamilton and Davis. Session # 5198 | MWaples | | | 00000158 |
| 112 | Transcript of 4/23/15 call at 9:24 am | MWaples | | | 00036780 – 00036800 |
| 113 | 4/26/15 call at 8:58 pm between Davis and Scroggins. Session # 5515 | MWaples | | | 00056218 |
| 114 | Transcript of 4/26/15 call at 8:58 pm | MWaples | | | N/A |
| 115 | 4/29/15 call at 9:28 am between Hamilton and Davis. Session # 5743 | MWaples | | | 00056446 |
| 116 | Transcript of 4/29/15 call at 9:28 am | MWaples | | | N/A |

**Government's Exhibit List - Page 11**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 117 | Amended Resolution 15-0457 authorizing $168,000 loan for Royal Crest dated 5/8/15 | BMitchell | | | 00079637 – 00079642 |
| 118 | 5/8/15 call at 2:37 pm between Davis and Hamilton. Session # 6591 | MWaples | | | 00000163 |
| 119 | Transcript of 5/8/15 call at 2:37 pm | MWaples | | | N/A |
| 120 | 5/11/15 call at 10:26 am between Hamilton and Davis. Session # 6706 | MWaples | | | 00000165 |
| 121 | Transcript of 5/11/15 call at 10:26 am. | MWaples | | | N/A |
| 122 | 5/18/15 call at 12:49 pm between Hamilton and Davis. Session # 7245 | MWaples | | | 00000172 |
| 123 | Transcript of 5/18/15 call at 12:49 pm | MWaples | | | 00036801 – 00036806 |
| 124 | International Bank of Texas record for $5,000 withdrawal dated 5/18/15 from account ending in **1620 | MWaples | | | 00016655 |
| 125 | FBI surveillance photos of Davis on 5/18/15 | JKoressell SPetty | | | 00000661, 00000663, 00000665, 00000671, 00000674, 00000677 |
| 126 | FBI surveillance video of Hamilton and Davis on 5/18/15 | JKoressell SPetty | | | 00000690 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 127 | Surveillance video of Hamilton at Amegy Bank on 5/18/15 | MWaples VPerez | | | 00016676 |
| 128 | 6/1/15 call at 9:03 pm between Davis and Hamilton. Session # 8400 | MWaples | | | 00072733 |
| 129 | Transcript of 6/1/15 call at 9:03 pm | MWaples | | | N/A |
| 130 | 6/2/15 call at 10:36 am between Hamilton and Davis. Session # 8437 | MWaples | | | 00000185 |
| 131 | Transcript of 6/2/15 call at 10:36 am | MWaples | | | N/A |
| 132 | 6/4/15 call at 10:49 am between Hamilton and Davis. Session # 8688 | MWaples | | | 00000190 |
| 133 | Transcript of 6/4/15 call at 10:49 am. | MWaples | | | N/A |
| 134 | 6/4/15 call at 3:53 pm between Hamilton and Davis. Session # 8719 | MWaples | | | 00000191 |
| 135 | Transcript of 6/4/15 call at 3:53 pm | MWaples | | | 00036807 – 00036810 |
| 136 | 6/5/15 call at 11:08 am between Hamilton and Davis. Session # 8809 | MWaples | | | 00000192 |
| 137 | Transcript of 6/5/15 call at 11:08 am | MWaples | | | N/A |
| 138 | 6/5/15 call at 11:35 am between Hamilton and Davis. Session # 8822 | MWaples | | | 00000193 |
| 139 | Transcript of 6/5/15 call at 11:35 am | MWaples | | | N/A |
| 140 | Sovereign Bank record for $4,000 withdrawal on 6/5/15 from account ending in **0497 | MWaples | | | 00028992 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 141 | Sovereign Bank record for $5,000 withdrawal on 6/11/15 from account ending in **0497 | MWaples | | | 00028993 |
| 142 | 6/13/15 call at approximately 8:18 am between Davis and John Proctor. Session # 9781 | MWaples | | | 00061885 |
| 143 | Transcript of 6/13/15 call at approximately 8:18 am | MWaples | | | N/A |
| 144 | 6/13/15 call at 9:56 pm between Hamilton and Davis. Session # 9883 | MWaples | | | 00061987 |
| 145 | Transcript of 6/13/15 call at 9:56 pm | MWaples | | | N/A |
| 146 | 3/14/16 recorded conversation between Davis and UCEs | MWaples | | | 00042602, 00042603 |
| 147 | Transcripts of 3/14/16 conversation between Davis and UCEs | MWaples | | | N/A |
| 148 | 2015 TDHCA Competitive Housing Tax Credits Award and Waiting List | BBoston | | | 00085301 |
| 149 | Recording of voicemail left by Hamilton to Leslie Martin on 1/8/20 | LMartin | | | N/A |
| 150 | Transcript of voicemail dated 1/8/20 | LMartin | | | N/A |
| 151 | Redacted copy of telephone call between Hamilton and Leslie Martin on 1/13/20 | LMartin | | | N/A |
| 152 | Transcript of redacted call dated 1/13/20 | LMartin | | | N/A |

**Government's Exhibit List - Page  14**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 153 | Redacted copy of telephone call between Hamilton and Leslie Martin on 1/22/20 | LMartin | | | N/A |
| 154 | Transcript of redacted call dated 1/22/20 | LMartin | | | N/A |
| 155 | Subscriber information and toll records for Davis phone numbers ending in **2797, **6285, *7601 | DRamsey | | | Various Ranges |
| 156 | Cell site data of Davis and Hamilton meetings [3/9; 3/31; 4/14; 5/18; 6/5/15] | BRA | | | 00080797, 00080799, 00080801, 00080803, 00080805 |
| 157 | Hamilton 2013 tax return | ABishop ML Speer | | | 00178117 – 00178287 |
| 158 | Hamilton 2014 tax return | ABishop ML Speer | | | 00178568 – 00178726 |
| 159 | Hamilton 2015 tax return | ABishop ML Speer | | | 00179040 – 00179194 |
| 160 | Hamilton 2016 tax return | ABishop ML Speer | | | 00179506 – 00179670 |
| 161 | Davis 2015 tax return | ABishop | | | 00085587 – 00085596 |
| 162 | Caraway Plea Agreement | DCaraway | | | 00000019 – 00000028 |
| 163 | Caraway Factual Resume | DCaraway | | | N/A |
| 164 | Caraway Information | DCaraway | | | 00000008 – 00000018 |
| 165 | Caraway Plea Supplement | DCaraway | | | 00035598 – 00035600 |
| 166 | Caraway Grand Jury Waiver | DCaraway | | | N/A |
| 167 | Scroggins Plea Agreement | JScroggins | | | N/A |

**Government's Exhibit List - Page 15**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 168 | Scroggins Factual Resume | JScroggins | | | N/A |
| 169 | Scroggins Information | JScroggins | | | N/A |
| 170 | Scroggins Plea Supplement | JScroggins | | | N/A |
| 171 | Scroggins Grand Jury Waiver | JScroggins | | | N/A |
| 172 | Davis Plea Agreement | MWaples SAllen HHarris | | | 00000043 – 00000049 |
| 173 | Davis Factual resume | MWaples SAllen HHarris | | | 00000029 – 00000034 |
| 174 | Davis Information | MWaples SAllen HHarris | | | 00000035 – 00000042 |
| 175 | Davis Plea Supplement | MWaples SAllen HHarris | | | 00035601 – 00035603 |
| 176 | Davis Grand Jury Waiver | MWaples SAllen HHarris | | | N/A |
| 177 | Davis guilty plea on 3/1/19 | MWaples SAllen | | | 00083737 – 00083763 |
| 178 | Davis guilty plea on 3/29/19 | SAllen HHarris | | | 00083764 – 00083770 |
| 179 | Secretary of State Records re: Hip Hop Government, Inc. | JScroggins | | | 00081856 – 00081868 |
| 180 | Hamilton checks to Davis post-DCC | VCasterline | | | Various Ranges |
| 181 | 2015 Campaign Finance Report for Tiffinni Young | BJohnson | | | 00081882 – 00082121 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 182 | 4/1/15 call at 4:22 pm between Davis and Unidentified Individual | MWaples | | | 00053946 |
| 183 | Transcript of 4/1/15 call at 4:22 pm | MWaples | | | N/A |
| 184 | Hamilton Pen Register Data | DRamsey | | | Various Ranges |
| 185 | Davis Pen Register Data | DRamsey | | | Various Ranges |
| 186 | AT&T subscriber information and toll records for Scroggins phone number ending in **5829 | BRA | | | Various Ranges |
| 187 | RESERVED | | | | |
| 188 | 2015 LIHTC Notice of Funding Availability (NOFA) | BBoston | | | N/A |
| 189 | Initial Wiretap Authorization, Order, and Attachments | MWaples | | | 00048999 – 00049015<br><br>00049031 – 00049066 |
| 190 | Exhibit Timeline Summary Chart | MWaples | | | N/A |
| 191 | Checks to Scroggins and Hip Hop Govt. Summary Chart | VCasterline | | | N/A |
| 192 | Hamilton Money to Royal Crest Summary Chart | VCasterline | | | N/A |
| 193 | Hamilton's Local Political Contributions Summary Chart | VCasterline | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 194 | Hamilton's State Political Contributions Summary Chart | VCasterline | | | N/A |
| 195 | Hamilton's Federal Political Contributions Summary Chart | VCasterline | | | N/A |
| 196 | Payments from Hamilton to Davis Summary Chart | VCasterline | | | N/A |
| 197 | Carolyn King Arnold Campaign Donations Summary Chart | VCasterline | | | N/A |
| 198 | Other Campaign Donations Summary Chart | VCasterline | | | N/A |
| 199 | Dwaine Caraway Campaign Donations Summary Chart | VCasterline | | | N/A |
| 200 | Tiffany Young Campaign Donations Summary Chart | VCasterline | | | N/A |
| 201 | Hamilton and Davis Phone Contact Summary Chart | MWaples DRamsey | | | N/A |
| 202 | RESERVED | | | | |
| 203 | 8/3/18 Dwaine Caraway and Mattie Caraway Phone Activity Summary Chart | MWaples | | | N/A |
| 204 | Overt Acts Summary Chart | MWaples | | | N/A |
| 205 | Hamilton 2010 Tax Return | ML Speer ABishop | | | 00176633 – 00176833 |
| 206 | Amerisouth Management, L.P. Notice of Federal Tax Lien | ML Speer IRS Custodian | | | 00114899 |

**Government's Exhibit List - Page 18**

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 207 | Amerisouth Management, L.P. 2010 Tax Return | ML Speer ABishop | | | 00132842 – 00132875 |
| 208 | Secretary of State Records re: Amerisouth Acquisitions, Inc. | ML Speer MWaples | | | 00075748 – 00075777 |
| 209 | Secretary of State Records re: Texas Royal Crest LP | ML Speer MWaples | | | 00082173 – 00082174 |
| 210 | | | | | |
| 211 | | | | | |
| 212 | | | | | |
| 213 | | | | | |
| 214 | | | | | |
| 215 | | | | | |
| 216 | | | | | |
| 217 | | | | | |
| 218 | | | | | |
| 219 | | | | | |
| 220 | | | | | |
| 221 | | | | | |
| 222 | | | | | |
| 223 | | | | | |
| 224 | | | | | |
| 225 | | | | | |

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Andrew Wirmani
ANDREW O. WIRMANI
Assistant United States Attorney
Texas Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8681
Facsimile: 214.767.4100

CERTIFICATE OF SERVICE

I hereby certify that on **October 26, 2020**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

/s/ Andrew Wirmani
ANDREW O. WIRMANI
Assistant United States Attorney