IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:19-CR-083-M |
| RUEL M. HAMILTON | |

**GOVERNMENT'S WRITTEN STATEMENT
PURSUANT TO PRETRIAL ORDER**

The government files this written statement pursuant to the Court's pretrial order, specifically paragraph 7(e).

**1.    Estimated Length of Trial**

The government previously informed the Court that it estimates that its case-in-chief, subject to reasonable cross-examination by the defense, will last five trial days. That estimate remains valid.

**2.    Plea Negotiations**

While the parties have in good faith discussed the potential of a plea agreement at earlier points in the case, the parties are not currently in active plea negotiations and they do not anticipate this case being resolved by plea bargain.

**3.    Scheduling Issues**

The government has no scheduling issues to raise with the Court at this time.

**4.    Additional Matters**

The government has in its possession the Presentence Investigation Report for Carolyn Davis in this case and the Presentence Investigation Report and Addendum for

Dwaine Caraway in the Dallas County Schools case (also in this Court). At the pretrial conference, the government will seek permission to allow defense counsel to review these reports to the extent that they implicate the government's discovery obligations.

**Government's Statement – Page 2**

        Respectfully submitted,

        ERIN NEALY COX
        United States Attorney

        /s/ *Andrew Wirmani*
        Andrew O. Wirmani
        Assistant United States Attorney
        Texas Bar No. 24052287
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242
        Telephone: 214.659.8681
        Facsimile: 214.767.4100

## CERTIFICATE OF SERVICE

I hereby certify that on **October 26, 2020**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

        /s/ *Andrew Wirmani*
        Andrew O. Wirmani
        Assistant United States Attorney