**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M |
| | § | |
| RUEL M. HAMILTON (01), | § | |
| | § | |
| Defendant. | § | |

## ORDER MODIFYING CONDITIONS OF RELEASE

On this date came to be considered the Request for Modification to Conditions of Release, filed by Defendant Ruel M. Hamilton. The Court is of the opinion that the motion should be GRANTED IN PART. To the extent Defendant Hamilton requests an end to his home confinement requirement, the motion is DENIED.

It is therefore ORDERED that the conditions of release previously set in this case be, and they are hereby, AMENDED only as set forth below:

The Defendant is authorized to contact any current employee or non-employee business associate not on any witness list, but only for business related matters and not to discuss or allude to this case in any way.

The Defendant is authorized to travel, with notice to pre-trial services, from his home to his office, and also to inspect properties so that he can discuss with his CFO (and others with whom he has permission to speak) issues of maintenance, budget or other business needs.

The Defendant is authorized to travel from his home to visit his children and grandchildren.

The Defendant is authorized to sit in or walk around his own yard.

**SO ORDERED**.

December 14, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE