IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:19-CR-00083-M |
| RUEL M HAMILTON (1), | § § § | |
| Defendant. | § § | |

### ORDER

A Zoom status conference in this case is SET for May 24, 2021, at 10:00 a.m. CT. The Court will provide the Zoom link to counsel when it becomes available.

**SO ORDERED.**

May 13, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE