IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:19-CR-083-M |
|---|---|
| v. | |
| RUEL M. HAMILTON | |

## GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) AND <u>OFFICIAL RECORDS</u>

The United States of America (the "government") gives the Court and defendant notice of its intent to introduce the following business records by affidavit or declaration, pursuant to Federal Rules of Evidence 803(6) and 902(11), as well as the following official records:[1]

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 1 | T Mobile subscriber records for Caraway phone numbers ending in **7336, **6663, **4320 | PStephenson ETighe Business Record Affidavit ("BRA") | | | 00079925 |
| 2 | Caraway toll records for T Mobile phone number ending in **7336, **6663, **4320 | PStephenson ETighe BRA | | | 00079926 – 00079930 |
| 3 | AT&T subscriber information for Hamilton phone | PStephenson ETighe BRA | | | 00028000 00028873 00028874 |

---

[1] The business records declaration or affidavit, or the relevant certification, is contained on the first or last page of the exhibit unless the exhibit is an excerpt, such as a check from bank records, in which case the declaration or affidavit is with the complete exhibit.

Government's Exhibit List - Page 1

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
|  | number ending in **3934 |  |  |  | 00070418 00270947 00270948 |
| 4 | Hamilton toll records for AT&T phone number ending in **3934 | PStephenson ETighe BRA |  |  | 00028011 – 00027998  00270951 – 00271057 |
| 11 | $7,000 check written by Hamilton to Caraway on 8/3/18 | DCaraway |  |  | 00000366 |
| 17 | DCC Official Action for Item 34 on 5/10/17 | BRA |  |  | 00082250 –00082269 |
| 21 | Philip Kingston Request for Placement of Agenda Item – Earned Paid Sick Leave on 2/27/19 | MRawlings BRA |  |  | 00080234 – 00080246 |
| 22 | 4/24/19 Dallas City Council Agenda | MRawlings |  |  | 00080381 – 00080404 |
| 23 | 4/24/19 Dallas City Council Minutes | MRawlings |  |  | 00080405 – 00080482 |
| 24 | 4/24/19 Video of Dallas City Council Meeting | MRawlings BRA |  |  | 00074247, 00080483 – 00080484 |
| 26 | HUD funds to City of Dallas: Oct 2013 – Sep 2018 | SHenly JSangavnag |  |  | 00082217 – 00082242 |
| 30 | Amerisouth's Royal Crest LIHTC application to City of Dallas | BMitchell |  |  | N/A |
| 31 | Amerisouth's Royal Crest LIHTC application to Texas Department of Housing and Community Affairs | BBoston |  |  | 00234525 – 00235641, 00234493 – 00234494 |
| 33 | Hamilton Amegy Bank records for account ending in **8967 | VCasterline BRA |  |  | Various Ranges |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 34 | Hamilton Amegy Bank records for account ending in **5234 | VCasterline BRA | | | Various Ranges |
| 35 | Hamilton Amegy Bank records for account ending in **3308 | VCasterline BRA | | | Various Ranges |
| 36 | Hamilton Independent Bank of Texas records for account ending in **1273 | VCasterline BRA | | | Various Ranges |
| 37 | Hamilton Sovereign Bank records for account ending in **0497 | VCasterline BRA | | | Various Ranges |
| 38 | Hamilton Veritex Bank records for account ending in **1620 | VCasterline BRA | | | Various Ranges |
| 39 | Hamilton Plains Capital Bank records for account ending in **2820 | VCasterline BRA | | | Various Ranges |
| 40 | AS Management Services LLC Veritex Bank records for account ending in **8014 | VCasterline BRA | | | Various Ranges |
| 41 | Windchime Investments LLC Veritex Bank records for account ending in **2788 | VCasterline BRA | | | Various Ranges |
| 42 | Hip Hop Government Inc. Bank of America records for account ending in **7505 | VCasterline BRA | | | Various Ranges |
| 43 | Hip Hop Government Inc. Bank of America records for account ending in **7592 | VCasterline BRA | | | Various Ranges |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 44 | Hip Hop Government Inc. Bank of America records for account ending in **7725 | VCasterline BRA | | | Various Ranges |
| 45 | Hamilton $5,000 check to MLK Center dated 11/18/13; Amegy Bank account ending in **8967; check # 5046 | JScroggins | | | 00000395 |
| 46 | Hamilton $2,500 check to Jay Scroggins dated 11/18/2013; Amegy Bank account ending **8967; check # 5048 | JScroggins | | | 00000377 |
| 47 | TDHCA Qualified Allocation Plan 2015 | BMitchell BBoston BRA | | | 00235788 – 00235934 00235943 – 00235944 |
| 48 | Davis 2014 City of Dallas financial disclosure form | BJohnson | | | 00083684 – 00083709 |
| 49 | Hamilton $2,500 check to Hip Hop Government dated 9/10/14; Independent Bank of Texas account ending in **1273; check # 1040 | JScroggins | | | 00000399 |
| 50 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 10/17/14 | BMitchell | | | 00271147 – 00271160 |
| 51 | Hamilton $2,500 check to Hip Hop Government dated 10/20/14; Amegy Bank account ending in **8967; check # 5022 | JScroggins | | | 00000403 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 52 | Hamilton $9,000 check to Hip Hop Government dated 11/7/14; Sovereign Bank account ending in **0497; check # 589 | JScroggins | | | 00000421 |
| 53 | Hamilton $6,000 check to Hip Hop Government dated 11/18/14; Sovereign account ending in **0497; check # 621 | JScroggins | | | 00000423 |
| 56 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 1/2/15 | BMitchell | | | 00271207 – 00271227 |
| 57 | Hamilton $3,500 check to Hip Hop Government dated 1/8/15; Amegy account ending in **8967; check # 5054 | JScroggins | | | 00000374 |
| 58 | Dallas Housing Finance Corporation minutes for 1/13/15 meeting | BMitchell BRA | | | 00075048 – 00075050 00271467 |
| 59 | Hamilton $1,500 check to Hip Hop Government dated 1/22/15; Amegy account ending in **8967; check # 5058 | JScroggins | | | 00000376 |
| 60 | Hamilton checks to Dallas City Council Member Tiffinni Young dated 1/22/15 | MWaples | | | 00035376, 00035377, 00017863 |
| 61 | Dallas Housing Department Memo re: Low Income Housing | BMitchell | | | 00271161 – 00271206 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| | Tax Credit Program dated 1/30/15 | | | | |
| 62 | 2/2/15 Dallas Housing Committee vote re: Royal Crest | BMitchell | | | 00073329 – 00073331 |
| 63 | 2/2/15 video of Dallas Housing Committee meeting | BMitchell BRA | | | 00073150, 00075645 |
| 80 | 2/25/15 Dallas City Council agenda re: Royal Crest | BMitchell | | | 00073152 – 00073190 |
| 81 | 2/25/15 Dallas City Council minutes re: Royal Crest | BMitchell | | | 00073191 – 00073328 |
| 82 | 2/25/15 Audio recording of Dallas City Council vote re: Royal Crest | BMitchell BRA | | | 00271307 00075645 |
| 83 | Resolution 15-409 authorizing $2.52 million loan for Royal Crest | BMitchell | | | 00075158 – 00075166 |
| 86 | Hamilton checks to Dallas City Council Member Carolyn Arnold dated 2/27/15 | MWaples | | | 00028989 – 00028990 |
| 87 | Hamilton checks to Dallas City Council Member Dwaine Caraway dated 2/27/15 and 3/18/15 | MWaples/ DCaraway | | | 00028990 – 00028992 |
| 88 | Hamilton $2,000 check to Hip Hop Government dated 3/6/15; International Bank of Texas account ending in **1273; check # 1084 | JScroggins | | | 00000435 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 117 | Amended Resolution 15-0457 authorizing $168,000 loan for Royal Crest dated 5/8/15 | BMitchell BRA | | | 00079637 – 00079642 00079614 |
| 124 | International Bank of Texas record for $5,000 withdrawal dated 5/18/15 from account ending in **1620 | MWaples | | | 00016655 |
| 140 | Sovereign Bank record for $4,000 withdrawal on 6/5/15 from account ending in **0497 | MWaples | | | 00028992 |
| 141 | Sovereign Bank record for $5,000 withdrawal on 6/11/15 from account ending in **0497 | MWaples | | | 00028993 |
| 155 | Subscriber information and toll records for Davis phone numbers ending in **2797, **6285, *7601 | DRamsey | | | Various Ranges |
| 156 | Cell site data of Davis and Hamilton meetings [3/9; 3/31; 4/14; 5/18; 6/5/15] | BRA | | | 00080797, 00080799, 00080801, 00080803, 00080805 |
| 180 | Hamilton checks to Davis post-DCC | VCasterline | | | Various Ranges |
| 186 | AT&T subscriber information and toll records for Scroggins phone number ending in **5829 | BRA | | | Various Ranges |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 188 | 2015 LIHTC Notice of Funding Availability (NOFA) | BBoston BRA | | | 00235943 |

Respectfully submitted,

PRERAK SHAH
Acting United States Attorney

/s/ Andrew Wirmani
ANDREW O. WIRMANI
Assistant United States Attorney
Texas Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8681
Facsimile: 214.767.4100

CERTIFICATE OF SERVICE

I hereby certify that on **June 1, 2021**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

/s/ Andrew Wirmani
ANDREW O. WIRMANI
Assistant United States Attorney