IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:19-CR-083-M |
|---|---|
| v. | |
| RUEL M. HAMILTON | |

## GOVERNMENT'S AMENDED EXHIBIT LIST[1]

| Exhibit | Description | Sponsoring[2] Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 1 | T-Mobile subscriber records for Caraway phone numbers ending in **7336, **6663, **4320 | PStephenson ETighe Business Record Affidavit ("BRA") | | | 00079925 |
| 2 | Caraway toll records for T Mobile phone number ending in **7336, **6663, **4320 | PStephenson ETighe BRA | | | 00079926 – 00079930 |
| 3 | AT&T subscriber information for Hamilton phone number ending in **3934 | PStephenson ETighe BRA | | | 00028000 00028873 00028874 00070418 00270947 00270948 |
| 4 | Hamilton toll records for AT&T phone number ending in **3934 | PStephenson ETighe BRA | | | 00028011 00027998 00270951 00271057 |
| 5 | Summary chart of Hamilton and Caraway toll records for 8/2/18 | PStephenson | | | N/A |

---

[1]  This Exhibit List amends the government's Exhibit list filed on October 26, 2020.  (Dkt. 261).  The government has provided counsel with a letter that identifies the government exhibits that have been modified and/or added.

[2]  The government has identified the sponsoring witness as a courtesy to counsel.

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 6 | 8/2/18 call at 3:30 pm between Hamilton and Caraway | DCaraway PStephenson ETighe | | | 00000051 |
| 7 | Transcript of 8/2/18 call at 3:30 pm | DCaraway PStephenson ETighe | | | 00036811 – 00036821 |
| 8 | Text Messages between Hamilton and Dwaine Caraway on 8/2/18 at 4:15pm | DCaraway PStephenson ETighe MWaples | | | 00000370 |
| 9 | 8/3/18 recording of meeting between Hamilton and Caraway | DCaraway | | | 00000053 – 00000068 |
| 10 | Transcript of 8/3/18 meeting | DCaraway | | | N/A |
| 11 | $7,000 check written by Hamilton to Caraway on 8/3/18 | DCaraway | | | 00000366 |
| 12 | Surveillance photos of Hamilton on 8/3/18 | MHuber | | | 00000464 – 00000468 |
| 13 | 8/7/18 recording of meeting between Caraway, Davis, and Roberts | DCaraway | | | 00047859 |
| 14 | Transcript of 8/7/18 meeting | DCaraway | | | N/A |
| 15 | Photos of Christy Wiggins | DCaraway | | | 00083899 – 00083903 |
| 16 | Photos of Blue Corvette | DCaraway | | | 00083894 – 00083898 |
| 17 | DCC Official Action for Item 34 on 5/10/17 | MWaples BRA | | | 00082250 – 00082269 |
| 18 | RESERVED | | | | |
| 19 | Recording of meeting between Hamilton and City of Dallas regarding PD on 9/6/17 | DCaraway UCE 5271 | | | 00235985 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 20 | Transcript of 9/6/17 meeting | DCaraway UCE 5271 | | | N/A |
| 21 | Philip Kingston Request for Placement of Agenda Item – Earned Paid SickLeave on 2/27/19 | MRawlings BRA | | | 00080234 – 00080246 |
| 22 | 4/24/19 Dallas City Council Agenda | MRawlings | | | 00080381 – 00080404 |
| 23 | 4/24/19 Dallas City Council Minutes | MRawlings | | | 00080405 – 00080482 |
| 24 | 4/24/19 Video of Dallas City Council Meeting | MRawlings BRA | | | 00074247, 00080483 – 00080484 |
| 25 | Partial Transcript of 4/24/19 Dallas City Council Meeting – Comments by Mike Rawlings | MRawlings | | | N/A |
| 26 | HUD funds to City of Dallas: Oct 2013 – Sep 2018 | SHenly JSangavnag | | | 00082217 – 00082242 |
| 27 | Secretary of State records re: Amerisouth | MWaples | | | 00075748 – 00076506 |
| 28 | Secretary of State records: re: Bonnie View | MWaples | | | 00075657 – 00075683 |
| 29 | Google Earth Map of Bonnie View & 11th Street | MWaples | | | N/A |
| 30 | RESERVED | | | | |
| 31 | Amerisouth's Royal Crest LIHTC application to Texas Department of Housing and Community Affairs | BBoston BRA | | | 00234525 – 00235641, 00234493 – 00234494 |

Government's Amended Exhibit List – Pg. 3

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 32 | Photo(s) of Royal Crest | MWaples TJones | | | 00081848 – 00081855 |
| 33 | Hamilton Amegy Bank records for account ending in **8967 | VCasterline BRA | | | Various Ranges |
| 34 | Hamilton Amegy Bank records for account ending in **5234 | VCasterline BRA | | | Various Ranges |
| 35 | Hamilton Amegy Bank records for account ending in **3308 | VCasterline BRA | | | Various Ranges |
| 36 | Hamilton Independent Bank of Texas records for account ending in **1273 | VCasterline BRA | | | Various Ranges |
| 37 | Hamilton Sovereign Bank records for account ending in **0497 | VCasterline BRA | | | Various Ranges |
| 38 | Hamilton Veritex Bank records for account ending in **1620 | VCasterline BRA | | | Various Ranges |
| 39 | Hamilton Plains Capital Bank records for account ending in **2820 | VCasterline BRA | | | Various Ranges |
| 40 | AS Management Services LLC Veritex Bank records for account ending in **8014 | VCasterline BRA | | | Various Ranges |
| 41 | Windchime Investments LLC Veritex Bank records for account ending in **2788 | VCasterline BRA | | | Various Ranges |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 42 | Hip Hop Government Inc. Bank of America records for account ending in **7505 | VCasterline BRA | | | Various Ranges |
| 43 | Hip Hop Government Inc. Bank of America records for account ending in **7592 | VCasterline BRA | | | Various Ranges |
| 44 | Hip Hop Government Inc. Bank of America records for account ending in **7725 | VCasterline BRA | | | Various Ranges |
| 45 | Hamilton $5,000 check to MLK Center dated 11/18/13; Amegy Bank account ending in **8967; check # 5046 | MWaples | | | 00000395 |
| 46 | Hamilton $2,500 check to Jay Scroggins dated 11/18/2013; Amegy Bank account ending **8967; check # 5048 | JScroggins | | | 00000377 |
| 47 | TDHCA Qualified Allocation Plan 2015 | BMitchell BBoston BRA | | | 00235901 – 00235934, 00235943 – 00235944 |
| 48 | Davis 2014 City of Dallas financial disclosure form | BJohnson MWaples | | | 00083684 – 00083709 |
| 49 | Hamilton $2,500 check to Hip Hop Government dated 9/10/14; Independent Bank of Texas accountending in **1273; check # 1040 | JScroggins | | | 00000399 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 50 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 10/17/14 | BMitchell | | | 00271147 – 00271160 |
| 51 | Hamilton $2,500 check to Hip Hop Government dated 10/20/14; Amegy Bank account ending in **8967; check # 5022 | JScroggins | | | 00000403 |
| 52 | Hamilton $9,000 check to Hip Hop Government dated 11/7/14; Sovereign Bank account ending in **0497; check # 589 | JScroggins | | | 00000421 |
| 53 | Hamilton $6,000 check to Hip Hop Government dated 11/18/14; Sovereign account ending in **0497; check # 621 | JScroggins | | | 00000423 |
| 54 | 12/8/14 recorded conversation between Davis and UCEs | MWaples | | | 00235991, 00235995, 00235999, 00236003 |
| 55 | Transcript of 12/8/14 conversation | MWaples | | | N/A |
| 56 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 1/2/15 | BMitchell | | | 00271207 – 00271227 |
| 57 | Hamilton $3,500 check to Hip Hop Government dated 1/8/15; Amegy accountending in **8967; check # 5054 | JScroggins | | | 00000374 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 58 | Dallas Housing Finance Corporation minutes for 1/13/15 meeting | BMitchell BRA | | | 00075048 – 00075050, 00271467 |
| 59 | Hamilton $1,500 check to Hip Hop Government dated 1/22/15; Amegy account ending in **8967; check # 5058 | JScroggins | | | 00000376 |
| 60 | Hamilton checks to Dallas City Council Member Tiffinni Young dated 1/22/15 | MWaples | | | 00035376, 00035377, 00017863 |
| 61 | Dallas Housing Department Memo re: Low Income Housing Tax Credit Program dated 1/30/15 | BMitchell | | | 00271161 – 00271206 |
| 62 | 2/2/15 Dallas Housing Committee vote re: Royal Crest | BMitchell | | | 00073329 – 00073331 |
| 63 | 2/2/15 video of Dallas Housing Committee meeting | BMitchell BRA | | | 00073150, 00075645 |
| 64 | 2/16/15 call at 2:37 pm between Davis and Sherman Roberts. Session # 147 | MWaples | | | 00050311 |
| 65 | Transcript of 2/16/15 call at 2:37 pm | MWaples | | | N/A |
| 66 | 2/16/15 call at 3:49 pm between Hamilton and Davis. Session # 156 | MWaples | | | 00050320 |
| 67 | Transcript of 2/16/15 call at 3:49 pm | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 68 | 2/20/15 call at 12:27 pm between Hamilton and Davis. Session # 510 | MWaples | | | 00050675 |
| 69 | Transcript of 2/20/15 call at 12:27 pm | MWaples | | | N/A |
| 70 | 2/22/15 call at 8:34 am between Davis and Scroggins. Session # 658 | JScroggins | | | 00050822 |
| 71 | Transcript of 2/22/15 call at 8:34 am | JScroggins | | | N/A |
| 72 | 2/22/15 call at 9:04 am between Davis and Scroggins. Session # 659 | JScroggins | | | 00050823 |
| 73 | Transcript of 2/22/15 call at 9:04 am | JScroggins | | | N/A |
| 74 | 2/23/15 meeting at 1:06 pm between Davis, Scroggins, and UCE-5271. | JScroggins | | | 00037229 |
| 75 | Transcript of 2/23/15 call at 1:06 pm | JScroggins | | | N/A |
| 76 | 2/23/15 call at 6:33 pm between Davis and Scroggins. Session # 753 | JScroggins | | | 00050917 |
| 77 | Transcript of 2/23/15 call at 6:33 pm | JScroggins | | | N/A |
| 78 | 2/24/15 call at 8:00 am between Davis and Scroggins. Session # 798 | JScroggins | | | 00050962 |
| 79 | Transcript of 2/24/15 call at 6:33 pm | JScroggins | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 80 | 2/25/15 Dallas City Council agenda re: Royal Crest | BMitchell | | | 00073152 – 00073190 |
| 81 | 2/25/15 Dallas City Council minutes re: Royal Crest | BMitchell | | | 00073191 – 00073328 |
| 82 | 2/25/15 Audio Recording of Dallas City Council vote re: Royal Crest | BMitchell BRA | | | 00271307, 00075645 |
| 82A | Transcript of 2/25/15 Audio recording of Dallas City Counsel vote re: Royal Crest from 2:43:20 to 2:44:36 and 4:17:30 to 4:18:48 | BMitchell | | | N/A |
| 83 | Resolution 15-409 authorizing $2.52 million loan for Royal Crest | BMitchell | | | 00075158 – 00075166 |
| 84 | 2/26/15 call at 9:57 am between Hamilton and Davis. Session # 972 | MWaples | | | 00051136 |
| 85 | Transcript of 2/26/15 call at 9:57 am | MWaples | | | N/A |
| 86 | Hamilton checks to Dallas City Council Member Carolyn Arnold dated 2/27/15 | MWaples | | | 00028989 – 00028990 |
| 87 | Hamilton checks to Dallas City Council Member Dwaine Caraway dated 2/27/15 and 3/18/15 | MWaples DCaraway | | | 00028990 – 00028992 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---------|------------|-------------------|---------|----------|---------------|
| 88 | Hamilton $2,000 check to Hip Hop Government dated 3/6/15; International Bank of Texas accountending in **1273; check # 1084 | JScroggins | | | 00000435 |
| 89 | 3/6/15 call at 4:23 pm between Hamilton and Davis. Session # 1554 | MWaples | | | 00051718 |
| 90 | Transcript of 3/6/15call at 4:23 pm | MWaples | | | N/A |
| 91 | 3/9/15 call at 4:42 pm between Hamilton and Davis. Session # 1703 | MWaples | | | 00051867 |
| 92 | Transcript of 3/9/15call at 4:42 pm | MWaples | | | N/A |
| 93 | 3/20/15 call at 11:23 am between Davis and Dallas City Council Member candidate Tiffinni Young. Session # 2502 | MWaples | | | 00052889 |
| 94 | Transcript of 3/20/15 call at 11:23 am | MWaples | | | N/A |
| 95 | 3/31/15 call at 10:06 am between Davis and Hamilton. Session # 3403 | MWaples | | | 00053790 |
| 96 | Transcript of 3/31/15 call at 10:06 am | MWaples | | | N/A |
| 97 | 3/31/15 call at 9:29 pm between Davis and Scroggins. Session # 3497 | JScroggins | | | 00053884 |
| 98 | Transcript of 3/31/15 call at 9:29 pm | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---------|-------------|--------------------|---------|----------|---------------|
| 99 | 4/10/15 call at 4:17 pm between Davis and Hamilton. Session # 4337 | MWaples | | | 00054724 |
| 100 | Transcript of 4/10/15 call at 4:17 pm | MWaples | | | N/A |
| 101 | 4/10/15 call between Davis and Scroggins at 9:31 pm. Session #4361 | JScroggins | | | 00054748 |
| 102 | Transcript of 4/10/15 call at 9:31 pm | JScroggins | | | N/A |
| 103 | 4/13/15 call at 4:16 pm between Hamilton and Davis. Session # 4506 | MWaples | | | 00000153 |
| 104 | Transcript of 4/13/15 call at 4:16 pm | MWaples | | | 00036776 – 00036779 |
| 105 | 4/14/15 call at 4:52 pm call between Hamilton and Davis. Session # 4586 | MWaples | | | 00000155 |
| 106 | Transcript of 4/14/15 call at 4:52 pm. | MWaples | | | N/A |
| 107 | 4/14/15 call at 9:16 pm between Davis and Scroggins. Session # 4608 | JScroggins | | | 00054995 |
| 108 | Transcript of 4/14/15 call at 9:16 pm | MWaples | | | N/A |
| 109 | Surveillance photos of Hamilton on 4/14/15 | MWaples | | | 00000500, 00000558, 00000618, 00000630 |
| 110 | Surveillance photos of Hamilton's vehicle on 4/14/15 | MWaples | | | 00000652, 00000656 |
| 111 | 4/23/15 call at 9:24 am between Hamilton and Davis. Session # 5198 | MWaples | | | 00000158 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 112 | Transcript of 4/23/15 call at 9:24 am | MWaples | | | 00036780 – 00036800 |
| 113 | 4/26/15 call at 8:58 pmbetween Davis and Scroggins. Session # 5515 | JScroggins | | | 00056218 |
| 114 | Transcript of 4/26/15 call at 8:58 pm | MWaples | | | N/A |
| 115 | 4/29/15 call at 9:28 am between Hamilton and Davis. Session # 5743 | MWaples | | | 00056446 |
| 116 | Transcript of 4/29/15 call at 9:28 am | MWaples | | | N/A |
| 117 | Amended Resolution 15-0457 authorizing $168,000 loan for Royal Crest dated 5/8/15 | BMitchell BRA | | | 00079637 – 00079642, 00079614 |
| 118 | 5/8/15 call at 2:37 pm between Davis and Hamilton. Session # 6591 | MWaples | | | 00000163 |
| 119 | Transcript of 5/8/15 call at 2:37 pm | MWaples | | | N/A |
| 120 | 5/11/15 call at 10:26 am between Hamilton and Davis. Session # 6706 | MWaples | | | 00000165 |
| 121 | Transcript of 5/11/15 call at 10:26 am. | MWaples | | | N/A |
| 122 | 5/18/15 call at 12:49 pm between Hamilton and Davis. Session # 7245 | MWaples | | | 00000172 |
| 123 | Transcript of 5/18/15 call at 12:49 pm | MWaples | | | 00036801 – 00036806 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 124 | International Bank of Texas record for $5,000 withdrawal dated 5/18/15 from account ending in **1620 | MWaples | | | 00016655 |
| 125 | FBI surveillance photosof Davis on 5/18/15 | JKoressell SPetty | | | 00000661, 00000663, 00000665, 00000671, 00000674, 00000677 |
| 126 | FBI surveillance videoof Hamilton and Davison 5/18/15 | JKoressell SPetty | | | 00000690 |
| 127 | Surveillance video of Hamilton at Amegy Bank on 5/18/15 | MWaples VPerez | | | 00016676 |
| 128 | 6/1/15 call at 9:03 pm between Davis and Hamilton. Session # 8400 | MWaples | | | 00072733 |
| 129 | Transcript of 6/1/15 call at 9:03 pm | MWaples | | | N/A |
| 130 | 6/2/15 call at 10:36 am between Hamilton and Davis. Session # 8437 | MWaples | | | 00000185 |
| 131 | Transcript of 6/2/15 call at 10:36 am | MWaples | | | N/A |
| 132 | 6/4/15 call at 10:49 am between Hamilton and Davis. Session # 8688 | MWaples | | | 00000190 |
| 133 | Transcript of 6/4/15 call at 10:49 am. | MWaples | | | N/A |
| 134 | 6/4/15 call at 3:53 pm between Hamilton and Davis. Session # 8719 | MWaples | | | 00000191 |
| 135 | Transcript of 6/4/15 call at 3:53 pm | MWaples | | | 00036807 – 00036810 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 136 | 6/5/15 call at 11:08 am between Hamilton and Davis. Session # 8809 | MWaples | | | 00000192 |
| 137 | Transcript of 6/5/15call at 11:08 am | MWaples | | | N/A |
| 138 | 6/5/15 call at 11:35 am between Hamilton and Davis. Session # 8822 | MWaples | | | 00000193 |
| 139 | Transcript of 6/5/15 call at 11:35 am | MWaples | | | N/A |
| 140 | Sovereign Bank record for $4,000 withdrawal on 6/5/15 from account ending in **0497 | MWaples | | | 00028992 |
| 141 | Sovereign Bank record for $5,000 withdrawal on 6/11/15 from account ending in **0497 | MWaples | | | 00028993 |
| 142 | 6/13/15 call at approximately 8:18 am between Davis and John Proctor. Session #9781 | MWaples | | | 00061885 |
| 143 | Transcript of 6/13/15 call at approximately 8:18 am | MWaples | | | N/A |
| 144 | 6/13/15 call at 9:56 pm between Hamilton and Davis. Session # 9883 | MWaples | | | 00061987 |
| 145 | Transcript of 6/13/15 call at 9:56 pm | MWaples | | | N/A |
| 146 | 3/14/16 recorded conversation between Davis and UCEs | MWaples | | | 00042602, 00042603 |
| 147 | Transcripts of 3/14/16 conversation between Davis and UCEs | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---------|-------------|--------------------|---------|----------|---------------|
| 148 | 2015 TDHCA Competitive Housing Tax Credits Award and Waiting List | BBoston | | | 00085301 |
| 149 | Recording of voicemail left by Hamilton to Leslie Martin on 1/8/20 | LMartin | | | N/A |
| 150 | Transcript of voicemail dated 1/8/20 | LMartin | | | N/A |
| 151 | Redacted copy of telephone call between Hamilton and Leslie Martin on 1/13/20 | LMartin | | | N/A |
| 152 | Transcript of redacted call dated 1/13/20 | LMartin | | | N/A |
| 153 | Redacted copy of telephone call between Hamilton and Leslie Martin on 1/22/20 | LMartin | | | N/A |
| 154 | Transcript of redacted call dated 1/22/20 | LMartin | | | N/A |
| 155 | Subscriber information and toll records for Davis phone numbers ending in **2797, **6285, *7601 | DRamsey MWaples BRA | | | Various Ranges |
| 156 | Cell site data of Davis and Hamilton meetings [3/9; 3/31; 4/14; 5/18; 6/5/15] | MWaples | | | 00080797, 00080799, 00080801, 00080803, 00080805 |
| 157 | Hamilton 2013 tax return | EAttaway ML Speer | | | 00178117 – 00178287 |
| 158 | Hamilton 2014 tax return | EAttaway ML Speer | | | 00178568 – 00178726 |
| 159 | Hamilton 2015 tax return | EAttaway ML Speer | | | 00179040 – 00179194 |
| 160 | Hamilton 2016 tax return | EAttaway ML Speer | | | 00179506 – 00179670 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 161 | Davis 2015 tax return | EAttaway | | | 00085587 – 00085596 |
| 162 | Caraway PleaAgreement | DCaraway | | | 00000019 – 00000028 |
| 163 | Caraway FactualResume | DCaraway | | | N/A |
| 164 | Caraway Information | DCaraway | | | 00000008 – 00000018 |
| 165 | Caraway Plea Supplement | DCaraway | | | 00035598 – 00035600 |
| 166 | Caraway Grand Jury Waiver | DCaraway | | | N/A |
| 167 | Scroggins Plea Agreement | JScroggins | | | N/A |
| 168 | Scroggins Factual Resume | JScroggins | | | N/A |
| 169 | Scroggins Information | JScroggins | | | N/A |
| 170 | Scroggins Plea Supplement | JScroggins | | | N/A |
| 171 | Scroggins Grand Jury Waiver | JScroggins | | | N/A |
| 172 | Davis Plea Agreement | MWaples SAllen HHarris | | | 00000043 – 00000049 |
| 173 | Davis Factual resume | MWaples SAllen HHarris | | | 00000029 – 00000034 |
| 174 | Davis Information | MWaples SAllen HHarris | | | 00000035 – 00000042 |
| 175 | Davis Plea Supplement | MWaples SAllen HHarris | | | 00035601 – 00035603 |
| 176 | Davis Grand Jury Waiver | MWaples SAllen HHarris | | | N/A |
| 177 | Davis guilty plea on 3/1/19 | MWaples SAllen | | | 00083737 – 00083763 |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 178 | Davis guilty plea on 3/29/19 | SAllen HHarris | | | 00083764 – 00083770 |
| 179 | Secretary of State Records re: Hip Hop Government, Inc. | JScroggins | | | 00081856 – 00081868 |
| 180 | Hamilton checks toDavis post-DCC | VCasterline | | | Various Ranges |
| 181 | 2015 Campaign Finance Report for Tiffinni Young | BJohnson MWaples | | | 00081882 – 00082121 |
| 182 | 4/1/15 call at 4:22 pm between Davis and Unidentified Individual | MWaples | | | 00053946 |
| 183 | Transcript of 4/1/15 call at 4:22 pm | MWaples | | | N/A |
| 184 | Hamilton Pen Register Data | DRamsey MWaples | | | Various Ranges |
| 185 | Davis Pen Register Data | DRamsey MWaples | | | Various Ranges |
| 186 | AT&T subscriber information and toll records for Scroggins phone number ending in **5829 | MWaples BRA | | | Various Ranges |
| 187 | Sprint subscriber information and toll records for Davis phone number ending in **7601 | MWaples | | | Various Ranges |
| 188 | 2015 LIHTC Notice of Funding Availability (NOFA) | BMitchell BBoston | | | 00235943 |
| 189 | Wiretap Order | MWaples | | | 00049031 – 00049042 00049055 – 00049066 |
| 190 | Exhibit Timeline Summary Chart | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 191 | Checks to Scroggins and Hip Hop Govt. Summary Chart | VCasterline | | | N/A |
| 192 | Hamilton Money to Royal Crest Summary Chart | VCasterline | | | N/A |
| 193 | Hamilton's Local Political Contributions Summary Chart | VCasterline | | | N/A |
| 194 | Hamilton's State Political Contributions Summary Chart | VCasterline | | | N/A |
| 195 | Hamilton's Federal Political Contributions Summary Chart | VCasterline | | | N/A |
| 196 | Payments from Hamilton to Davis Summary Chart | VCasterline | | | N/A |
| 197 | Carolyn King Arnold Campaign Donations Summary Chart | VCasterline | | | N/A |
| 198 | Other Campaign Donations Summary Chart | VCasterline | | | N/A |
| 199 | Dwaine Caraway Campaign Donations Summary Chart | VCasterline | | | N/A |
| 200 | Tiffany Young Campaign Donations Summary Chart | VCasterline | | | N/A |
| 201 | Hamilton and Davis Phone Contact Summary Chart | MWaples DRamsey | | | N/A |
| 202 | RESERVED | | | | |
| 203 | 8/3/18 Dwaine Caraway and Mattie Caraway Phone Activity Summary Chart | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 204 | Overt Acts Summary Chart | MWaples | | | N/A |
| 205 | Hamilton 2010 Tax Return | ML Speer EAttaway BRA | | | 00176633 – 00176833 |
| 206 | Amerisouth Management, L.P. Notice of Federal Tax Lien | ML Speer IRS Custodian | | | 00114899 |
| 207 | Amerisouth Management, L.P. 2010 Tax Return | ML Speer EAttaway BRA | | | 00132842 – 00132875 |
| 208 | Secretary of State Records re: Amerisouth Acquisitions, Inc. | ML Speer MWaples | | | 00075748 – 00075777 |
| 209 | Secretary of State Records re: Texas Royal Crest LP | ML Speer MWaples | | | 00082173 – 00082174 |
| 210 | 2/2/11 Email from Christy Cumbie re: IRS Lien | ML Speer IRS Custodian | | | 00114897 – 00114900 |
| 211 | 3/11/15 Email from Jennifer Muegel re: Royal Crest with attachments | ML Speer JMuegel BRA | | | 00106637 – 00106645 |
| 212 | 6/5/13 Email from Rule Hamilton re: IRS Lien | ML Speer IRS Custodian | | | 00122884 – 00122886 |
| 213 | 7/23/13 Email from Leslie Martin re: IRS Lien | ML Speer IRS Custodian | | | 00122668 – 00122675 |
| 214 | Summary Chart of Text Messages between Davis and Hamilton on 2/25/15 | MWaples | | | N/A |

| Exhibit | Description | Sponsoring Witness | Offered | Admitted | Bates Numbers |
|---|---|---|---|---|---|
| 215 | 4/14/15 call at approximately 4:04 pm between Davis and Hamilton. Session # 4583 | MWaples | | | 00000154 |
| 216 | Transcript of 4/14/15 call at approximately 4:04 pm | MWaples | | | N/A |
| 217 | Text Messages between Davis and Hamilton on 2/25/15 | MWaples | | | 00072794 – 00072800 |
| 218 | 4/21/15 call at 12:11 pm between Griggs and Davis Session # 4944 | MWaples RGriggs | | | 00055647 |
| 219 | Transcript of 4/21/15 call at approximately 12:11 pm | MWaples RGriggs | | | N/A |
| 220 | Stipulations of Parties (Dkt. 288) | N/A | | | N/A |
| 221 | | | | | |
| 222 | | | | | |
| 223 | | | | | |
| 224 | | | | | |
| 225 | | | | | |
| 226 | | | | | |

Government's Amended Exhibit List – Pg. 20

Respectfully submitted,

PRERAK SHAH
Acting United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600

CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2021**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

/s/ *Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney