IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3:19-CR-083-M |
| RUEL M. HAMILTON | |

# GOVERNMENT'S AMENDED WITNESS LIST[1]

The government reserves the right to supplement this list.

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 1. | Malachi Waples | | FBI Agent who will testify about the investigation of Hamilton and co-conspirators Carolyn Rena Davis and Jeremy Scroggins | Probable |
| 2. | Bernadette Mitchell | | Former City of Dallas Housing Director who will testify about the case, including LIHTC, Hamilton's Royal Crest project, and Davis' conduct | Probable |

---

[1] On October 26, 2020, the government filed its Witness List. (Dkt. 259). At this time, the government files this Amended Witness List. The only modifications concern the witnesses listed as numbers 25 and 43.

Government's Amended Witness List - Page 1 of 7

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 3. | Bilierae Johnson | | City of Dallas Secretary who will testify about the case, including Davis' financial disclosures and the 2018 sick leave petition | Probable |
| 4. | Jeremy Scroggins | | Co-conspirator who will testify about the case including facilitating the payment of bribes from Hamilton to Davis through his non-profit | Probable |
| 5. | Dwaine Caraway | | Will testify about bribes received from Hamilton | Probable |
| 6. | Michael Rawlings | | Former Mayor who will testify about Dallas City Council procedures and votes | Probable |
| 7. | Vanessa Casterline Ashley Groover | | FBI analyst will testify about Hamilton's bribe payments, campaign contributions, associated bank accounts and financial transactions | Probable |
| 8. | Chumnan Jim Sangsvang | | HUD Agent will testify about HUD funds to the City of Dallas and Royal Crest | Probable |
| 9. | Shirley Henley | | HUD representative will testify about HUD funds to the | Probable |

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
|  |  |  | City of Dallas and Royal Crest |  |
| 10. | Mark Sedwick |  | FBI Agent will testify about cell tower location data regarding Hamilton and Davis | Probable |
| 11. | Phillip Stephenson |  | FBI Agent will testify about Hamilton's bribery of Caraway | Probable |
| 12. | Eric Tighe |  | FBI Agent will testify about Hamilton's bribery of Caraway | Probable |
| 13. | Brook Boston or Tom Gouris |  | TDHCA representative will testify about Hamilton's project and tax credits | Probable |
| 14. | Veronica Perez | R | Amegy Bank custodian will testify about Hamilton's bank records and surveillance | Probable |
| 15. | Marcos Duran |  | Former teller at Amegy bank will testify about Hamilton's cash withdrawal | Possible |
| 16. | custodian | R | Sovereign Bank custodian will testify about Hamilton's bank records | Possible |
| 17. | custodian | R | Scroggins' bank records | Possible |
| 18. | Patrick Jackson |  | Former City of Dallas employee will | Possible |

**Government's Amended Witness List - Page 3 of 7**

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| | | | testify about the MLK Center and Freedom Ride Tours | |
| 19. | John Koressell | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Possible |
| 20. | Shae Petty | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Probable |
| 21. | Anne Peters Ex Dir of Texas Election Commission | | Will testify about campaign finance law | Possible |
| 22. | Heath Harris | | Will testify about representation of Davis | Possible |
| 23. | Scottie Allen | | Will testify about representation of Davis | Possible |
| 24. | Marion L Speer | | Will testify about Hamilton's tax returns | Probable |
| 25. | Elisa Attaway | | IRS Agent will testify about Hamilton's tax returns | Possible |
| 26. | Christy Wiggins | | Will testify about Hamilton's campaign contributions | Probable |
| 27. | Kristi Bonner | | Will testify about Hamilton's campaign contributions | Probable |
| 28. | Jennifer Muegel | | Will testify about Hamilton's campaign contributions | Probable |

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 29. | Leslie Martin | | Will testify about Hamilton's campaign contributions | Probable |
| 30. | Teresa Jones | | President of Fruitdale Community Improvement Organization will testify about Hamilton's Royal Crest project | Possible |
| 31. | Eric Schwethelm | | FBI Agent will testify about the wire intercepts of Davis' phones | Possible |
| 32. | Jamaal King | | FBI Agent will testify about the wire intercepts and toll records | Possible |
| 33. | Daniel Jones | | USPO will testify about Davis' presentence interview | Possible |
| 34. | Devin Hall | | Will testify about the bribes he paid Hamilton | Possible |
| 35. | Mark Huber | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Possible |
| 36. | UCE - 5271 | | Will testify about interactions with Davis | Possible |
| 37. | UCE - 3154 | | Will testify about interactions with Davis | Possible |
| 38. | Leon Lukin | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Possible |

| No. | Witness | (R) Records Custodian (E) Expert | Summary | Probable/Possible Witness |
|---|---|---|---|---|
| 39. | Jackie Northrup | | Will testify to certain audio quality enhancements | Possible |
| 40. | Lori Keefer | | FBI employee will testify about FBI surveillance of Hamilton and Davis | Probable |
| 41. | Brent Stewart | | TDHCA representative will testify about Hamilton's project and tax credits | Possible |
| 42. | Diane Ramsey | | FBI employee will testify about the Pen Register Data and Toll Records | Possible |
| 43. | Dori Strickland | | Will testify concerning tax liens against Hamilton-owned entities | Possible |

Respectfully submitted,

PRERAK SHAH
Acting United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600

Government's Amended Witness List - Page 6 of 7

CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2021**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writingto accept this Notice as service of this document.

/s/ *Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney

**Government's Amended Witness List - Page 7 of 7**