IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-083-M-1 |
| | ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON | ) | |
| | ) | |

## MR. HAMILTON'S EXHIBIT LIST

Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0001 | Photo of 4547 Utah Ave., Dallas, TX | | |
| D-0002 | 12/15/2016 – DISD Board Meeting Minutes | | |
| D-0003 | 1/18/2017 – "Doing More in District 4" Award | | |
| D-0004 | 1/18/2017 – Video "Doing More in District 4" Award | | |
| D-0005 | 2/8/2018 – Susan B. Anthony Award - League of Women Voters of Dallas | | |
| D-0006 | 2/8/2018 – Susan B. Anthony Award Video | | |
| D-0007 | 6/15/2018 – Support for Minority Candidates Award | | |
| D-0008 | Summary Chart of Ruel Hamilton's Campaign Contributions | | |
| D-0010 | Campaign Contributions – FEC Data | | |
| D-0011 | Campaign Contributions – TX Ethics Commission Spreadsheet | | |
| D-0012 | Campaign Contributions – Check Images | | |
| D-0013 | Summary Chart of Political Activities | | |
| D-0014 | Calendars 2012-2018 | | |
| D-0015 | Summary Chart of Amerisouth Real Estate Properties | | |
| D-0016 | Supporting Documents for Property Summary Chart | | |
| D-0017 | Bachman Glen Property Photos | | |

1

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0018 | Bachman Glen Property Photos (construction ~ Mar. 2004 - Mar. 2005) | | |
| D-0019 | Eastfield Property Photos | | |
| D-0020 | Eastfield Property Photos (construction ~ Oct. 2000 - Oct. 2001) | | |
| D-0021 | 8/29/2014 – $1,905,000 Promissory Note from Southwest Bank. | | |
| D-0022 | 2015 Qualified Allocation Plan (QAP) | | |
| D-0023 | 10/17/2014 – Memorandum to Housing Committee | | |
| D-0024 | Notice of Funding Availability (NOFA) | | |
| D-0027 | 1/13/2015 – Dallas Housing Finance Corporation (DHFC) Meeting Minutes | | |
| D-0028 | 1/302015 – Memorandum to Housing Committee | | |
| D-0029 | 2/2/2015 – Housing Committee Meeting Record | | |
| D-0030 | 2/2/2015 – Video of Housing Committee Meeting | | |
| D-0032 | 2/25/2015 – Dallas City Council Resolution – Item 77 | | |
| D-0033 | 2/25/2015 – Dallas City Council Resolution – Addendum Item 30 | | |
| D-0034 | 2/25/2015 – Video of Dallas City Council Meeting | | |
| D-0037 | Summary Chart of Expenses for Royal Crest | | |
| D-0038 | Documentation of Expenses for Royal Crest | | |
| D-0039 | Summary Chart of Expenses for Good Haven | | |

| Ex. # | Document Description | Offered | Admitted |
|---|---|---|---|
| D-0040 | Documentation of Expenses for Good Haven | | |
| D-0045 | 11/18/2013 – Email from Ruel Hamilton to Carolyn Davis | | |
| D-0046 | 11/22/2013 – Email from Renita Griggs to Ruel Hamilton | | |
| D-0047 | 11/25/2013 – Video of FRT Bus | | |
| D-0058 | Checks for Freedom Ride Tours | | |
| D-0059 | FRT Book – 9/26/2014 | | |
| D-0060 | FRT Book – 9/25/2014 – 9/26/2014 | | |
| D-0061 | MLK Day Parade Photo | | |
| D-0085 | Ruel Hamilton's Phone Records | | |
| D-0090 | Carolyn Davis's 2015-2018 Form-1099s | | |
| D-0091 | Bonnie View Renderings | | |
| D-0092 | 12/13/2016 – Invoice from Joseph Anthony | | |
| D-0093 | 1/11/2017 – Letter from Carolyn Davis to David Cossum | | |
| D-0094 | 2016/2017 – Photos TBAAL Gala | | |
| D-0096 | Reserved | | |
| D-0097 | 7/16/2018 and 8/2/2018 Text Messages between Chris Hamilton and Philip Kingston | | |
| D-0098 | 8/1/2018–8/15/2018 Text Messages between Chris Hamilton and Kimberly Olsen | | |

3

| Ex. # | Document Description | Offered | Admitted |
|-------|---------------------|---------|----------|
| D-0099 | 8/1/2018 – Video of Paid Sick Leave Rally | | |
| D-0100 | 8/22/2018 – Check from Ruel Hamilton to Texas Organizing Project (TOP) PAC for $25,000 | | |
| D-0125 | 10/20/2014 – Email forwarded from Renita Griggs to Ruel Hamilton | | |
| D-0126 | 11/19/2014 – Email from Renita Griggs to Ruel Hamilton | | |
| D-0127 | 12/3/2014 – Email from Carolyn Davis to Ruel Hamilton and others | | |
| D-0128 | 3/10/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0129 | 3/31/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0130 | 4/15/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0131 | 5/22/2015 – Email from Renita Griggs to Ruel Hamilton and others | | |
| D-0132 | 5/28/2015 – Email forwarded from John Hamilton to Ruel Hamilton | | |
| D-0133 | 10/7/2015 – Email from Carolyn Davis to Ruel Hamilton | | |
| D-0134 | 3/27/2016 – Facebook Email Notice | | |
| D-0135 | 6/7/2016 – Facebook Email Notice | | |

Dated:  June 11, 2021

Respectfully submitted,

/s/ Abbe David Lowell
Abbe David Lowell, Bar No. 358651DC        Dion J. Robbins, Bar No. 24114011TX
Christopher D. Man, Bar No. 453553DC        WINSTON & STRAWN LLP
Kaitlin A. Pierce, Bar No. 242020DC        2121 N. Pearl Street, Suite 900
WINSTON & STRAWN LLP                        Dallas, TX 75201
1901 L Street, NW                           DRobbins@winston.com
Washington, DC 20036                        214-453-6100 (ph)
ADLowell@winston.com                        214-453-6400 (fax)
202-282-5000 (ph)
202-282-5100 (fax)

*Counsel for Defendant Ruel M. Hamilton*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2021, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

/S/ Abbe David Lowell
Abbe David Lowell

5