IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:19-CR-083-M |
| RUEL M. HAMILTON | |

### GOVERNMENT'S NOTICE REGARDING
### CHALLENGED T-III WIRETAP INTERCEPTS AND RECORDINGS

The United States of America, by and through the undersigned Assistant United States Attorney, files this Notice Regarding the Challenged T-III Wiretap Intercepts and Recordings with the Court. A trial is scheduled to begin in the above entitled and numbered case on June 14, 2021. During trial, the government anticipates seeking to introduce recordings of T-III wiretap intercepts of calls made/received by Carolyn Davis. There has been extensive briefing by the parties on this issue, and the Court has entered Orders concerning the admissibility, *e.g.* Dkts. 165, 272, 279, 293, 297 and 314.

Through his pleadings, Dkts. 272 and 297, the defendant identified thirteen T-III wiretap intercepts and recorded meetings that he objects to the introduction of by the government ("challenged T-III wiretap intercepts").[1] At this time, the government files this Notice with the Court to notify the Court and defendant that the government only plans to seek to introduce six of the thirteen challenged T-III wiretap intercepts and

---

[1] The defendant has identified the following T-III wiretap intercepts and recorded meetings as ones he objects to: GX 13/14, GX 54/55, GX 64/65, GX 70/71, GX 72/73, GX 74/75, GX 76/77, GX 78/79, GX 97/98, GX 107/108, GX 142/143, GX 146/147, and GX 182/183.

recorded meeting. That is, the government plans to seek to introduce the following calls and recorded meeting between Carolyn Davis and Jeremy Scroggins:

1. GX 70/71 – Call on February 22, 2015 at 8:34 am

2. GX 72/73 – Call on February 22, 2015 at 9:04 am

3. GX 74/75 – Meeting with Davis, Scroggins and UCE on February 23, 2015 at approximately 1:06 pm

4. GX 76/77 – Call on February 23, 2015 at 6:33 pm

5. GX 78/79 – Call on February 24, 2015 at 8:00 am

6. GX 107/108 – Call on April 14, 2015 at 9:16 pm

When seeking to introduce these six challenged recordings, the government will be mindful of the Court's prior rulings and Order entered at Dkt. 314.

    Respectfully submitted,

    PRERAK SHAH
    ACTING UNITED STATES ATTORNEY

    *s/ Tiffany H. Eggers*
    TIFFANY H. EGGERS
    Assistant United States Attorney
    Florida Bar No.: 0193968
    1100 Commerce Street - 3rd Floor
    Dallas, Texas 75242
    Telephone: 214-659-8600
    Facsimile: 214-659-8805
    E-mail: Tiffany.Eggers@usdoj.gov

## CERTIFICATE OF SERVICE

On June 13, 2021, I electronically submitted this document to the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, which will provide a copy of this document to defendant's counsel.

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney