IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | Case Number: 3:19-CR-00083-M |
| RUEL M. HAMILTON (1), | § § § | |
| Defendant. | § § § | |

JURY NOTE NO. __1__
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

The Jury would like to request access to the closing argument presentations from the defendents and prosecutors, as well as the defendent's annotated timeline from government's exibit 190.

_____
(To be signed by Jury Foreperson)

1. The closing arguments have not yet been transcribed.
2. You have the admitted exhibits.

/s/ Barbara M. G. Lynn    ①
3:07 PM
June 24, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:19-CR-00083-M |
| RUEL M. HAMILTON (1), | § § | |
| Defendant. | § § § | |

JURY NOTE NO. __2__
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

We would like to view the defense's timeline opposite to governments time line.

There is not a defense timeline that was offered into evidence.

_[signature]_
6/24/21
3:44 PM

_[signature]_
(To be signed by Jury Foreperson)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § | Case Number: 3:19-CR-00083-M |
| v. | | |
| RUEL M. HAMILTON (1), | | |
| Defendant. | | |

JURY NOTE NO. __3__
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

In regards to count 4 must the jury establish that the defendent had ill intent at the time of the call or does the call only need to meet the criteria of facilitating ~~a~~ a bribe. Additionally, the jury would like to know if the closing arguments are transcribed and submitted for the ~~state~~ jury to view.

_____
(To be signed by Jury Foreperson)

Here are The transcripts. I will be back to you shortly regarding The other part of your question.
9:16 AM  6/28/21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | Case Number: 3:19-CR-00083-M |
| RUEL M. HAMILTON (1), | § § § | |
| Defendant. | § § § | |

JURY NOTE NO. __3__
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

In regards to count 4 must the jury establish that the defendent had ill intent at the time of the call or does the call only need to meet the criteria of facilitating a bribe. Additionally, the jury would like to know if the closing arguments are transcribed and submitted for the jury to view.

_____
(To be signed by Jury Foreperson)

Here are the transcripts. I will be back to you shortly regarding the other part of your question. [signature] 9:16 AM 6/28/21

The phrase "That he did so with a specific intent" in the second element on page 17 refers to the first element on page 17.   9:25 AM 6/28/21  [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § | |
| v. | | Case Number: 3:19-CR-00083-M |
| RUEL M. HAMILTON (1), | | |
| Defendant. | | |

JURY NOTE NO. __4__
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

If we find the defendant "guilty" of count 3, does that make him guilty of count 4, regardless of his intent at the time of the call ~~for~~ the use of interstate travel facilitated the act

_____
(To be signed by Jury Foreperson)

No. Count 4 has separate and different elements from Count 3, and you are to determine your verdict as to Count 4 in accordance with the instructions as to Count 4, regardless of your verdict as to any other count.

10:35 AM 6/28/21