IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

v.   Case Number: 3:19-CR-00083-M

RUEL M. HAMILTON,

    Defendant.

## VERDICT OF THE JURY

### COUNT 1

**Conspiracy to Commit Bribery Concerning Programs Receiving Federal Funds**
(Violation of 18 United States Code § 371)

We, the jury find the Defendant Ruel Hamilton: _____Guilty_____
                                                                                 "Guilty" or "Not Guilty"

### COUNT 2

**Bribery Concerning a Local Government Receiving Federal Benefits,
as to Carolyn Davis**
(Violation of 18 United States Code § 666(a)(2))

We, the jury find the Defendant Ruel Hamilton: _____Guilty_____
                                                                                  "Guilty" or "Not Guilty"

## COUNT 3

### Bribery Concerning a Local Government Receiving Federal Benefits, as to Dwaine Caraway
### (Violation of 18 United States Code § 666(a)(2))

We, the jury find the Defendant Ruel Hamilton: __Guilty__
"Guilty" or "Not Guilty"

## COUNT 4

### Use of Interstate Facility to Commit a Travel Act Violation
### (Violation of 18 U.S.C. § 1952(a)(3))

We, the jury find the Defendant Ruel Hamilton: __Not Guilty__
"Guilty" or "Not Guilty"

Dated: June 29, 2021.

_____
PRESIDING JUROR