IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M |
| | § | |
| RUEL M HAMILTON (1), | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER REINSTATING CONDITIONS OF RELEASE

Based upon the jury's verdict of guilty on Counts 1, 2, and 3 of the Superseding Indictment as to Defendant Ruel M. Hamilton, the Court reinstates Defendant's conditions of release imposed on March 1, 2019 (Doc. No. 15) and as modified in this Court's Order of December 14, 2020 (Doc. No. 282).

**SO ORDERED.**

June 29, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE