IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | No. 3:19-cr-083-M-1 |
| ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON            ) | |
| ) | |

**MR. HAMILTON'S REQUEST
FOR TEMPORARY RELIEF OF RELEASE CONDITIONS**

On June 29, 2021, the Court issued an order reinstating Mr. Hamilton's conditions of release (Doc. 340) as imposed on March 1, 2019 (Doc. 15) and as modified on December 14, 2020 (Doc. 282). He has abided by those conditions with no issues since the trial's conclusion.

On September 1, 2021, Mr. Hamilton is scheduled to undergo magnetic resonance imaging (MRI), which requires that the ankle device for tracking his location be removed during the procedure. Accordingly, Mr. Hamilton respectfully requests that he be allowed to temporary remove the monitor on September 1, 2021 and replace the monitor later that same day to accommodate the procedure. The United States Probation Office is in agreement with the relief requested.

Dated: August 23, 2021

Respectfully submitted,

| | |
|---|---|
| */s/* Abbe David Lowell<br>Abbe David Lowell, Bar No. 358651DC<br>Christopher D. Man, Bar No. 453553DC<br>Kaitlin A. Pierce, Bar No. 242020DC<br>WINSTON & STRAWN LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>ADLowell@winston.com<br>202-282-5000 (ph)<br>202-282-5100 (fax) | Dion J. Robbins, Bar No. 488888GA<br>WINSTON & STRAWN LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, TX 75201<br>DRobbins@winston.com<br>214-453-6100 (ph)<br>214-453-6400 (fax) |

*Counsel for Defendant Ruel M. Hamilton*

**CERTIFICATE OF CONFERENCE**

I certify that on August 23, 2021, I conferred with AUSA Chad Meacham on this motion, and the Government is unopposed to the relief requested.

/S/Abbe David Lowell

Abbe David Lowell

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2021, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

/S/Abbe David Lowell

Abbe David Lowell