IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 3:19-cr-083-M-1 |
| | )   Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON | ) |

# MR. HAMILTON'S REPORT ON MEDICAL PROGRESS

Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

Pursuant to the Court's March 18, 2022 Order (Dkt. 449), Mr. Hamilton submits this report to update the Court on the status of his medical recovery.  Mr. Hamilton had quadruple heart bypass surgery on March 8, 2022, which went well, and he is now working on his recovery.  He is currently about to begin his third week of a 12-week cardiovascular rehabilitation program at the Baylor Scott & White Heart and Vascular Hospital.  (*See* Ex. A (brochure describing the program).)  There are three sessions per week, and Mr. Hamilton has completed six sessions.  Mr. Hamilton also is having regular follow-up sessions with his doctors, including an upcoming appointment with his surgeon on May 5, 2022.

Mr. Hamilton anticipates completing his cardiovascular rehabilitation program by the end of June and then being reassessed by his doctor.  The recovery process is challenging, which makes it difficult to predict what his medical state will be until he completes rehabilitation.  He proposes that he be allowed to complete that process and then provide the Court with an updated report on his medical condition on July 15, 2022, so that the Court can then set a prison report date.

The government is not opposed to Mr. Hamilton completing his cardiovascular rehabilitation program, but would prefer that the Court set a reporting date for him now for sometime the week of July 18-22.  It seems more prudent, however, to wait until Mr. Hamilton is cleared by his doctor before setting a prison report date, particularly as we may have more clarity on the status of his appeal by then.[1]

Dated:  April 25, 2022

Respectfully submitted,

/s/ *Christopher D. Man*
Abbe David Lowell, Bar No. 358651DC           Dion J. Robbins, Bar No. 24114011TX
Christopher D. Man, Bar No. 453553DC          WINSTON & STRAWN LLP

---

[1] Mr. Hamilton's appeal will be fully briefed by May 18, 2022.

1

Kaitlin A. Pierce, Bar No. 242020DC  
WINSTON & STRAWN LLP  
1901 L Street, NW  
Washington, DC 20036  
ADLowell@winston.com  
202-282-5000 (ph)  
202-282-5100 (fax)  

2121 N. Pearl Street, Suite 900  
Dallas, TX 75201  
DRobbins@winston.com  
214-453-6100 (ph)  
214-453-6400 (fax)  

*Counsel for Defendant Ruel M. Hamilton*

2

## CERTIFICATE OF SERVICE

      I certify that on April 25, 2022, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

                                      <u>/s/ Christopher D. Man</u>
                                      Christopher D. Man