IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-083-M-1 |
| | ) | Chief Judge Barbara M. G. Lynn |
| RUEL M. HAMILTON | ) | |

# MR. HAMILTON'S UNOPPOSED MOTION TO TRAVEL FOR SURGERY TO REMOVE CANCER

Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Kaitlin A. Pierce, Bar No. 242020DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
ADLowell@winston.com
202-282-5000 (ph)
202-282-5100 (fax)

Dion J. Robbins, Bar No. 24114011TX
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
DRobbins@winston.com
214-453-6100 (ph)
214-453-6400 (fax)

*Counsel for Defendant Ruel M. Hamilton*

Last month, the Court extended Mr. Hamilton's report date so that more testing could be done to determine whether Mr. Hamilton's cancer has returned. (Dkt. 453.) Unfortunately, the lymph nodes that we identified as being of concern do appear cancerous, and Mr. Hamilton has scheduled a surgery to have those lymph nodes and some surrounding tissue removed. Mr. Hamilton successfully had this surgery at the IU Health University Hospital in Indianapolis, Indiana during his initial bout with cancer, and he is scheduled to return to this facility for that surgery again. Mr. Hamilton plans to travel to Indianapolis on September 13th for a pre-operation appointment on the 14th, surgery on the 15th, and to return to Dallas upon his recovery on September 22, 2022. Mr. Hamilton's ankle monitor will need to be removed prior to his departure.

Accordingly, Mr. Hamilton requests this Court's permission to travel to Indianapolis for surgery from September 13-22, 2022, and to have his ankle monitor removed prior to his travel. Chad Meachum has confirmed that the government has no objection to this request.

Dated: August 29, 2022

Respectfully submitted,

/s/ *Christopher D. Man*

| | |
|---|---|
| Abbe David Lowell, Bar No. 358651DC | Dion J. Robbins, Bar No. 24114011TX |
| Christopher D. Man, Bar No. 453553DC | WINSTON & STRAWN LLP |
| Kaitlin A. Pierce, Bar No. 242020DC | 2121 N. Pearl Street, Suite 900 |
| WINSTON & STRAWN LLP | Dallas, TX 75201 |
| 1901 L Street, NW | DRobbins@winston.com |
| Washington, DC 20036 | 214-453-6100 (ph) |
| ADLowell@winston.com | 214-453-6400 (fax) |
| 202-282-5000 (ph) | |
| 202-282-5100 (fax) | |

*Counsel for Defendant Ruel M. Hamilton*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2022, a copy of the foregoing was filed with the Court's electronic case filing system, thereby effecting service on counsel for all parties.

/s/ Christopher D. Man
Christopher D. Man
