# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M |
| | § | |
| RUEL M HAMILTON (1), | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

By **March 23, 2023**, the Government shall notify the Court of its intention to further appeal, prosecute, or dismiss this case in light of the Fifth Circuit's Mandate issued on February 27, 2023 (Doc. No. 458).

**SO ORDERED**.

March 2, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE