# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M |
| | § | |
| RUEL M. HAMILTON (01), | § | |
| | § | |
| Defendant. | § | |

## ORDER MODIFYING CONDITIONS OF RELEASE

On this date came to be considered the Request for Modifications to Conditions of Release, filed by Defendant Ruel M. Hamilton (Doc. No. 466). The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the conditions of release previously set in this case be, and they are hereby, AMENDED as set forth below:

The Defendant shall no longer be required to submit to location monitoring, but shall report to his pretrial services officer as directed;

The Defendant is permitted to travel in the Northern District of Texas, and outside the District if approved by pretrial services and notice given to the U.S. Attorney;

The Defendant is permitted to communicate with his company's CFO or other company employees who are not witnesses, for business purposes only; and

The Defendant is permitted to use his phone and computer with only the restrictions mentioned above.

**SO ORDERED**.

May 11, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE