# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:19-CR-00083-M |
| | § | |
| RUEL M. HAMILTON (1), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Oral argument is SET for October 23, 2023, **at 8:00 a.m. CST**. The hearing shall last no more than two hours. Counsel should convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas, and be prepared to argue pending motions.

**SO ORDERED**.

September 13, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE