IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:19-CR-00083-M |
| RUEL M. HAMILTON (1), | § § § | |
| Defendant. | § § | |

## ORDER

The Court's Order setting trial and establishing pretrial deadlines (ECF No. 465) is **VACATED** in light of the Court's oral pronouncement of today and the Defendant's announcement of his intention to appeal after the Court enters an Order reflecting its ruling.

**SO ORDERED**.

October 24, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE