AO 245 S (Rev. 7/87)(N.D.Tx. Rev.2.0)  Judgment of Acquittal

# United States District Court
### Northern District of Texas
### Dallas Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment of Acquittal** |
| v. | Case Number 3:19-CR-00083-M |
| RUEL M. HAMILTON (1) | |
| Defendant. | |

## JUDGMENT OF ACQUITTAL

On June 12, 2025, the Defendant was found not guilty by the jury as to Counts 1, 2, and 3 of the Superseding Indictment filed on December 3, 2019.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant is acquitted and discharged, and any bond is exonerated as to Counts 1, 2, and 3 of the Superseding Indictment.

SO ORDERED.

**June 13, 2025.**

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE